# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Caleb Kruckenberg   Telephone: (202)869-5217
Firm Name: New Civil Liberties Alliance
Business Address: 1225 19th St. NW, Suite 450
Washington DC 20036
caleb.kruckenberg@ncla.legal

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | | |
|---|---|---|---|
| Pennsylvania | 322264 | Admitted on | 7/1/16 |
| E. D. Pennsylvania | n/a | Admitted on | 9/7/16 |
| N.D. N.Y. | 700434 | Admitted on | 9/18/18 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
_X_ No          ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:          _X_ none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

I certify that I am a member in good standing of all bars to which I have been admitted. I further agree to read and comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. This certification that the foregoing is true and correct is made under penalty of perjury.

_[signature]_          1/16/19
Signature                    Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $250.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

## ELECTRONIC CASE FILING REGISTRATION FORM

**Attorneys who are active or current pro hac vice members of the District of Utah's Bar may register for the District of Utah E-Filing System** by (i) completing the required training and (ii) signing and returning this form to the Court. Please review carefully the registration conditions set forth below before signing.

Name - First: Caleb    Middle: Joseph    Last: Kruckenberg
Firm Name: New Civil Liberties Alliance
Mailing Address: 1225 19th St. NW, Suite 450
City, State, Zip: Washington DC 20036
Utah State Bar # (if applicable): 
Telephone Number: 202-869-5217

By signing this form, I understand and consent to the following:
- Pursuant to Fed. R. Civ. P. 5(b)(2)(E), I will receive all items required to be served under Fed.R.Civ.P. 5(a) and 77 (d) and Fed. R. Crim P. 49 by either (i) notice of electronic filing, or (ii) e-mail transmission;
- Such electronic service will constitute service and notice of entry as required by those rules;
- I waive my right to service by USPS mail;
- I will abide by all Court rules, orders, and procedures governing the use of the electronic filing system;
- The combination of user ID and password issued by this Court will serve as the equivalent of my signature when I e-file documents with the Court;
- I will carefully examine all documents prior to e-filing them to either (i) redact sensitive and private information pursuant to DUCiv R, or (ii) move that the filing be sealed; and
- I will secure and protect my Court-issued password against unauthorized use or compromise.

Email Address(es):
Primary E-mail address: caleb.kruckenberg@ncla.legal
Up to two additional e-mail addresses 1) ckrucken@gmail.com ,
2) _____

To receive a login, please complete one of these four options. Please check appropriate box.

| | |
|---|---|
| [X] | I have completed the CMECF Online Computer-Based Training modules on the court website at http://www.utd.uscourts.gov/online-computer-based-training-cmecf |
| [ ] | I have completed the CMECF Training for Attorneys given by an in-house trainer in my firm. |
| [ ] | I have an ECF account in the Utah Bankruptcy Court or in another Federal District or Bankruptcy Court. |
| [ ] | I have attended CMECF Training given by the Court. |

Date: 1/16/19    Signature: [signed]

Please complete this form, and submit it by one of the following methods:
1. Mail the form to: **United States District Court, Office of the Clerk, ATTN: CM/ECF Registration, 351 S. West Temple, Salt Lake City, Utah 84101, or**
2. Scan and email to **ut_support@utd.uscourts.gov,** or
3. Include this form as a pdf attachment with your Application for Pro Hac Vice.

After this Court processes this form, you will receive by email your user ID and password that will enable you to access the system. The User Guide and administrative procedures for system use may be downloaded at: http://www.utd.uscourts.gov/cmecf-electronic-case-filing. Please call the Clerk's Office Help Desk at (801) 524-6851 if you have questions concerning registration, training, or use of the electronic filing system.

Rev. 6/14/17