FILED
2019 JAN 16 PM 5:12
CLERK
U.S. DISTRICT COURT

Gerald M. Salcido (11956)
jerry@salcidolaw.com
SALCIDO LAW FIRM PLLC
43 W 9000 S Ste B
Sandy UT 84070
801.413.1753 Phone
801.618.1380 Fax

Attorneys for W. Clark Aposhian

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRCT COURT OF UTAH
CETNRAL DIVISION

| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW WHITAKER ACTING ATTORNEY GERNAL OF THE UNITED STATES,<br><br>&<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>&<br><br>THOMAS E BRANDON ACTING DIRECTOR BUREAU OF ALCHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br><br>&<br><br>BUREAU OF ALCHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br><br>    Defendants. | ORDER FOR PRO HAC VICE ADMISSION<br><br>2:19-cv-00037-JNP |
|---|---|

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Caleb Kruckenberg in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 16th day of January, 2019.

_____
Jill N. Parrish
U.S. District Judge