IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTHEW WHITAKER, Acting Attorney General of the United States, et al.,<br><br>    Defendants. | Case No. 2:19-cv-00037-JNP<br><br>**[PROPOSED] ORDER STAYING PROCEEDINGS**<br><br>District Judge Jill N. Parrish |

Based on Defendants' Motion for a Stay of Proceedings in Light of Lapse of Appropriations, and any response thereto,

IT IS HEREBY ORDERED as follows:

1. All proceedings in this matter are stayed until further order of the Court; and

2. Defendants' counsel shall promptly notify the Court as soon as appropriations are restored.

Dated this _____ day of _____, 2019.

                                                  BY THE COURT:

                                                  _____
                                                  Jill N. Parrish
                                                  United States District Judge