**Caleb Kruckenberg**
Litigation Counsel
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
caleb.kruckenberg@ncla.legal
(202) 869-5217

Counsel for Plaintiff
Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW WHITAKER ACTING ATTORNEY GENERAL OF THE UNITED STATES, et al.<br><br>    Defendants. | CIVIL ACTION NO.: 2:19-cv-00037-JNP<br><br>**PLAINTIFF'S NOTICE OF ACKNOWLEDGEMENT OF STANDING ORDER IN CIVIL CASES** |

Caleb Kruckenberg, Counsel for Plaintiff W. Clark Aposhian, files this Notice of Acknowledge of this Court's Standing Order in Civil Cases (Doc. 21.). Undersigned has carefully read and will comply with this Court's standing order.

February 4, 2019

                                            Respectfully,

                                            */s/ Caleb Kruckenberg*
                                            **Caleb Kruckenberg**
                                            Litigation Counsel
                                            New Civil Liberties Alliance

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                Respectfully,

                */s/ Caleb Kruckenberg*
                **Caleb Kruckenberg**
                Litigation Counsel
                New Civil Liberties Alliance
                1225 19th St. NW, Suite 450
                Washington, DC 20036
                caleb.kruckenberg@ncla.legal
                (202) 869-5217
                Counsel for Plaintiff
                Admitted *pro hac vice*