JOHN W. HUBER, United States Attorney (#7226)
JEFFREY E. NELSON, Assistant United States Attorney (#2386)
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| W. CLARK APOSHIAN, | Case No. 2:19-cv-00037-JNP |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| MATTHEW WHITAKER, Acting Attorney General of the United States, et al., | District Judge Jill N. Parrish |
| Defendants. | |

Federal Defendants hereby give notice that Eric J. Soskin and Matthew J. Glover enter their appearances in this case as their counsel along with Jeffrey E. Nelson, who has previously appeared in this matter. Undersigned counsel acknowledge their obligation and agreement to abide by the Utah Rules of Professional Conduct and Civility.

DATED this 4th day of February 2019.          Respectfully submitted,

JOHN W. HUBER
United States Attorney

JEFFREY E.  NELSON
Assistant United States Attorney

/s/Matthew J. Glover

2

                MATTHEW J. GLOVER
                Counsel to the Assistant Attorney General
                Civil Division
                U.S. Department of Justice
                950 Pennsylvania Ave N.W.
                Washington, DC 20530

                /s/Eric J. Soskin
                ERIC J. SOSKIN
                Senior Trial Counsel
                Civil Division, Federal Programs Branch
                U.S. Department of Justice
                1100 L Street N.W.
                Washington, DC 20005