JOHN W. HUBER, United States Attorney (7226)
JEFFREY E. NELSON, Assistant United States Attorney (2386)
United States Attorney's Office
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

JOSEPH H. HUNT, Assistant Attorney General, Civil Division
MATTHEW J. GLOVER, Counsel to the Assistant Attorney General, Civil Division
JOHN R. TYLER, Assistant Branch Director, Civil Division
ERIC J. SOSKIN, Senior Trial Counsel, Civil Division
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12002
Washington, DC 20005
Telephone: (202) 353-0533
eric.soskin@usdoj.gov

Attorneys for the Defendants

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br><br>    Defendants. | Case No. 2:19-cv-00037-JNP<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>District Judge Jill N. Parrish |
|---|---|

Plaintiff W. Clark Aposhian filed his Complaint (ECF No. 2) on January 16, 2019, and filed a Motion for Preliminary Injunction (ECF No. 10) the following day. Defendants' deadline to file a responsive pleading or motion under FED. R. CIV. P. 12 is currently March 18, 2019. Because the Court's ruling on the pending Motion for a Preliminary Injunction is likely to

significantly shape future proceedings in this action, including by potentially narrowing or clarifying the issues in this case, the interests of judicial efficiency would be served by extending the time to file a responsive pleading or motion until after the Court issues an order on Plaintiff's Motion for Preliminary Injunction.

Accordingly, Defendants respectfully request that the deadline for Defendants to file their responsive pleading or motion under FED. R. CIV. P. 12 be extended until 30 days after either the time to appeal the Court's order on the Motion for Preliminary Injunction lapses or any appeal of that order is finally decided. Defendants' counsel has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the relief sought.

Dated: March 14, 2019

Respectfully submitted,

JOHN W. HUBER
United States Attorney

JEFFREY E. NELSON
Assistant United States Attorney

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

MATTHEW J. GLOVER
Counsel to the Assistant Attorney General

/s/ *Eric J. Soskin*
ERIC J. SOSKIN

*Counsel for Defendants*