IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br><br>    Defendants. | Case No. 2:19-cv-00037-JNP<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>District Judge Jill N. Parrish |

In light of Defendants' Stipulated Motion to Extend Time to Respond to Complaint,

IT IS HEREBY ORDERED that Defendants' Motion is granted, and Defendants shall answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1) no more than 30 days after the lapse of the time to appeal any order of the Court regarding Plaintiff's Motion for Preliminary Injunction (ECF No. 10) or 30 days after final resolution of any appeal of such order.

DATED this _____ day of _____, 2019.

BY THE COURT:

_____
Jill N. Parrish
United States District Court Judge