IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br><br>    Defendants. | Case No. 2:19-cv-00037-JNP-BCW<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>District Judge Jill N. Parrish |

    In light of Defendants' Stipulated Motion to Extend Time to Respond to Complaint [ECF No. 29], IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and Defendants shall answer, move, or otherwise respond to Plaintiff's Complaint no more than 30 days after the lapse of the time to appeal any order of the Court regarding Plaintiff's Motion for Preliminary Injunction or 30 days after final resolution of any appeal of such order.

    DATED this 14th day of March, 2019.

                                            BY THE COURT:

                                            _____
                                            Brooke C. Wells
                                            U.S. Magistrate Judge