**Caleb Kruckenberg**
Litigation Counsel
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
caleb.kruckenberg@ncla.legal
(202) 869-5217

Counsel for Plaintiff
Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM BARR, ATTORNEY GENERAL OF THE UNITED STATES, et al.<br><br>　　　　Defendants. | CIVIL ACTION NO.: 2:19-cv-00037-JNP<br><br>**PLAINTIFF'S NOTICE OF INTERLOCUTORY APPEAL** |

　　　　Plaintiff, W. Clark Aposhian, through undersigned counsel, hereby appeals, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Tenth Circuit from the memorandum and order of the district court, entered on March 15, 2019, (Doc. 31), denying Plaintiff's motion for a preliminary injunction.

March 18, 2019

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Caleb Kruckenberg*
　　　　　　　　　　　　　　　　　　　　　　　　**Caleb Kruckenberg**
　　　　　　　　　　　　　　　　　　　　　　　　Litigation Counsel
　　　　　　　　　　　　　　　　　　　　　　　　New Civil Liberties Alliance

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

    Respectfully,

    */s/ Caleb Kruckenberg*
    **Caleb Kruckenberg**
    Litigation Counsel
    New Civil Liberties Alliance
    1225 19th St. NW, Suite 450
    Washington, DC 20036
    caleb.kruckenberg@ncla.legal
    (202) 869-5217
    Counsel for Plaintiff
    Admitted *pro hac vice*