# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

March 18, 2019

Gerald M. Salcido
SALCIDO LAW FIRM PLLC
43 W 9000 S STE B
SANDY, UT 84070

Eric J. Soskin
US DEPT OF JUSTICE
CIVIL DIVISION
1100 L ST NW RM 12002
WASHINGTON, DC 20005

RE:   NOTICE OF APPEAL
      Aposhian v. Whitaker et al
      Defendant/Appellant  Plaintiff/Appellee
      Lower Docket: 2:19-cv-00037-JNP-BCW

The notice of appeal for this case has been filed.

**RETAINED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from www.ca10.uscourts.gov  In addition, counsel will need to download the "Designation of Record" form from the 10th Circuit web site.   Please follow the instructions for Transcript Order Form and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

Counsel and the Tenth Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): Order/Judgment being appealed from, Notice of Appeal, Letter of Transmission of the Preliminary Record on Appeal, Docket Sheet. This case does not contain any sealed entries or documents.

Sincerely,

D. Mark Jones, Clerk

By: *(signature)*
Jennifer Stout
Deputy Clerk

**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit                 Judge Jill N. Parrish

# United States District Court
## District of Utah

**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

Court Reporter: Patti Walker
District: 1088
Jurisdiction: U.S. Government Defendant
Fee Status: Paid

Counsel of Record
Division: Central