# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

April 3, 2019

Ms. Elisabeth A. Shumaker, Clerk
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

—

RE:    19-04036
          Aposhian v. Whitaker et al
          Lower Docket: 2:19-cv-00037-JNP-BCW

Dear Clerk of Court:

    Please be advised that the record is complete for the purposes of appeal.

Sincerely,

D. Mark Jones, Clerk

By: *(signature)*
Jennifer Stout
Deputy Clerk

cc: Counsel of Record