UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

FILED
United States Court of Appeals
Tenth Circuit

June 29, 2020

Christopher M. Wolpert
Clerk of Court

W. CLARK APOSHIAN,

   Plaintiff - Appellant,

v.

WILLIAM BARR, Attorney General of the United States, et al.,

   Defendants - Appellees.

-------------------------------

CATO INSTITUTE AND FIREARMS POLICY COALITION, et al.,

   Amicus Curiae.

No. 19-4036
(D.C. No. 2:19-CV-00037-JNP-BCW)
(D. Utah)

_____

**ORDER**
_____

Before **BRISCOE**, **MORITZ**, and **CARSON**, Circuit Judges.
_____

    This matter comes before the court on appellees' unopposed motion for extension of time to file a response to the petition for rehearing. The motion is granted. Appellees shall file the response by July 20, 2020.


                                          Entered for the Court

                                          CHRISTOPHER M. WOLPERT, Clerk