JOHN W. HUBER, United States Attorney (#7226)
JEFFREY E. NELSON, Assistant United States Attorney (#2386)
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Attorneys for the United States of America

JEFFREY BOSSERT CLARK, Acting Assistant Attorney General, Civil Division
LESLEY R. FARBY, Assistant Branch Director, Civil Division
MICHAEL F. KNAPP, Trial Attorney, Civil Division
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12008
Washington, D.C. 20005
Telephone: (202) 514-2071
michael.f.knapp@usdoj.gov

Attorneys for the Defendants

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFREY A. ROSEN, Acting Attorney General of the United States, et al.[1]<br><br>    Defendants. | Case No. 2:19-cv-00037-JNP<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>District Judge Jill N. Parrish |

Federal Defendants hereby give notice that Michael F. Knapp is substituted for Eric J. Soskin as counsel for Federal Defendants.  Undersigned counsel acknowledges his obligation and agreement to abide by the Utah Rule of Professional Conduct and Civility.  Undersigned counsel is aware of and will comply with all pending deadlines in the matter.

---

[1] Acting Attorney General Jeffrey A. Rosen is substituted automatically as Defendant under Federal Rule of Civil Procedure 25(d).

Dated: January 4, 2021                    Respectfully submitted,

                                          JEFFREY BOSSERT CLARK
                                          Acting Assistant Attorney General

                                          LESLEY R. FARBY
                                          Assistant Branch Director
                                          Federal Programs Branch

                                          /s/ *Eric J. Soskin*
                                          ERIC J. SOSKIN (PA Bar No. 200663)
                                          Senior Trial Counsel
                                          United States Department of Justice

                                          /s/ *Michael F. Knapp*
                                          MICHAEL F. KNAPP (Cal. Bar No. 314104)
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street NW
                                          Washington, DC 20005
                                          Phone: (202) 514-2071
                                          Fax: (202) 616-8470
                                          Email: michael.f.knapp@usdoj.gov

                                          *Counsel for Defendants*