FILED
United States Court of Appeals
Tenth Circuit

**January 27, 2021**

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

W. CLARK APOSHIAN,

    Plaintiff - Appellant,

v.

ROBERT M. WILKINSON, Acting Attorney General of the United States, et al.,

    Defendants - Appellees.

------------------------------

CATO INSTITUTE, et al.,

    Amici Curiae.

No. 19-4036

_____

**ORDER**

_____

Before **TYMKOVICH**, Chief Judge, **BRISCOE**, **LUCERO**, **HARTZ**, **HOLMES**, **MATHESON**, **BACHARACH**, **PHILLIPS**, **MORITZ**, **EID**, and **CARSON**, Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. Caleb Kruckenberg argued for the Appellant. Bradley Hinshelwood argued for the Appellees.

Entered for the Court

CHRISTOPHER M. WOLPERT
Clerk of the Court