FILED
United States Court of Appeals
Tenth Circuit

March 5, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

W. CLARK APOSHIAN,

    Plaintiff - Appellant,

v.

ROBERT M. WILKINSON, Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; REGINA LOMBARDO, Acting Director Bureau of Alcohol Tobacco Firearms and Explosives; BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES,

    Defendants - Appellees.

-------------------------------

CATO INSTITUTE; FIREARMS POLICY COALITION; DUE PROCESS INSTITUTE,

    Amici Curiae.

No. 19-4036
(D.C. No. 2:19-CV-00037-JNP-BCW)
(D. Utah)

---

## JUDGMENT

---

Before **BRISCOE**, **MORITZ**, and **CARSON**, Circuit Judges.

---

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk