# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

March 5, 2021

Jane K. Castro
Chief Deputy Clerk

Mr. D. Mark Jones
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

**RE:** 19-4036, Aposhian v. Wilkinson, et al
Dist/Ag docket: 2:19-CV-00037-JNP-BCW

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 5, 2021 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:  John D. Cline
   John Cutonilli
   Anthony L. Francois
   Joseph Gary Samuel Greenlee
   Bradley Hinshelwood
   Caleb Kruckenberg
   Daniel Ortner
   Glenn Roper
   Ilya Shapiro
   Eric Soskin
   Abby Christine Wright


CMW/sls