IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT M. WILKINSON, Acting Attorney General of the United States, et al.,<br><br>　　　Defendants. | Case No. 2:19-cv-00037-JNP-CMR<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

　　In light of Defendants' Stipulated Motion to Extend Time to Respond to Complaint,

　　IT IS HEREBY ORDERED that Defendants' Motion is granted, and Defendants shall answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 2) no more than 30 days after the lapse of the time to file a petition for certiorari in connection with the appeal of this Court's Order Denying Plaintiff's Motion for Preliminary Injunction (ECF No. 31) or 30 days after final resolution of any resulting proceedings in the Supreme Court.

　　DATED this _____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Cecilia M. Romero
　　　　　　　　　　　　　　　　　　United States Magistrate Judge