FILED
2021 MAR 10 PM 2:17
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>ROBERT M. WILKINSON, Acting Attorney General of the United States, et al.,<br><br>　　　Defendants. | Case No. 2:19-cv-00037-JNP-CMR<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

　　Before the court is Defendants' Stipulated Motion to Extend Time to Respond to Complaint (Motion) (ECF 47).  Based on the stipulation of the parties, and for good cause shown, the court hereby GRANTS the Motion.  Defendants shall answer, move, or otherwise respond to Plaintiff's Complaint (ECF 2) no more than 30 days after the lapse of the time to file a petition for certiorari in connection with the appeal of this court's Order Denying Plaintiff's Motion for Preliminary Injunction (ECF 31).  IT IS FURTHER ORDERED that no later than June 8, 2021, the parties are to submit a joint status report indicating the status of any petition for certiorari, or, in the alternative, a jointly signed Attorney Planning Meeting  Report along with a stipulated [Proposed Scheduling Order](#) in word processing format to the undersigned's chambers.

　　DATED this 10 March 2021.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah
