

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT M. WILKINSON, Acting Attorney General of the United States, et al.,<br><br>    Defendants. | Case No. 2:19-cv-00037-JNP-CMR<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Before the court is the parties' request to extend the deadline for Defendants to respond to Plaintiff's Complaint (ECF 49).[1] Based on the stipulation of the parties, and for good cause shown, the court hereby GRANTS the request. IT IS HEREBY ORDERED that Defendants shall answer, move, or otherwise respond to Plaintiff's Complaint (ECF 2) no more than 30 days after the resolution of Plaintiff's petition for a writ of certiorari in the United States Supreme Court. IT IS FURTHER ORDERED that no more than 14 days after the filing of Defendants' responsive pleading, the parties must submit a jointly signed Attorney Planning Meeting Report along with proposed Scheduling Order in word processing format to the undersigned's chambers.

DATED this 10 March 2021.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

---

[1] The parties included this request in their Joint Status Report (ECF 49). The court reminds the parties that including a motion in a pleading is typically not permitted. *See* DUCivR 3-5. The parties are directed to make any future such requests by motion.