# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 4, 2021

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re: W. Clark Aposhian
        v. Merrick B. Garland, Attorney General, et al.
        No. 21-159
        (Your No. 19-4036)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 2, 2021 and placed on the docket August 4, 2021 as No. 21-159.

        Sincerely,

        **Scott S. Harris**, Clerk

        by

        Susan Frimpong
        Case Analyst