**Caleb Kruckenberg**
Litigation Counsel
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
caleb.kruckenberg@ncla.legal
(202) 869-5210

Counsel for Plaintiff
Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, et al.<br><br>    Defendants. | CIVIL ACTION NO.: 2:19-cv-00037-JNP<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

Caleb Kruckenberg, counsel for Plaintiff W. Clark Aposhian, files this Notice of Withdrawal as Counsel pursuant to DUCivR 83-1.4(b). Mr. Kruckenberg intends to withdraw as counsel for Plaintiff. Gerald M. Salcido will continue to act as counsel of record for Plaintiff and is aware of the status of this matter, including any pending deadlines.

October 12, 2021

/s/ *Caleb Kruckenberg*
**Caleb Kruckenberg**
Counsel for Plaintiff
Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

    Respectfully,

    */s/ Caleb Kruckenberg*
    **Caleb Kruckenberg**
    Litigation Counsel
    New Civil Liberties Alliance
    1225 19th St. NW, Suite 450
    Washington, DC 20036
    caleb.kruckenberg@ncla.legal
    (202) 869-5210
    Counsel for Plaintiff
    Admitted *pro hac vice*