# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 3, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: W. Clark Aposhian
v. Merrick B. Garland, Attorney General, et al.
No. 21-159
(Your No. 19-4036)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk