Gerald M. Salcido (11956)
jerry@salcidolaw.com
SALCIDO LAW FIRM PLLC
43 W 9000 S Ste B
Sandy UT 84070
801.413.1753 Phone
801.618.1380 Fax

Attorneys for W. Clark Aposhian

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRCT COURT OF UTAH
CETNRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND ET AL,<br><br>Defendants. | MOTION FOR PRO HAC VICE ADMISSION AND CONSENT OF LOCAL COUNSEL<br><br>CIVIL ACTION NO.: 2:19-cv-00037-JNP |

Pursuant to D.U. Civ Rule 83-1.1(c), I move the admission of Richard Samp as pro hac vice counsel for Plaintiff and consent to serve as local counsel. The application for pro hac vice admission is attached as exhibit A to this motion, and the admission fee, if required, has been paid to the court with the submission of this motion.

SALCIDO LAW FIRM PLLC

/s/ Gerald M. Salcido_____
LOCAL COUNSEL