# Exhibit A



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Gerald M. Salcido |
| Firm: | Salcido Law Firm PLLC |
| Address: | 43 W 9000 S, Suite B |
| | Sandy, UT 84070 |
| Telephone: | 801-413-1753 |
| Email: | jerry@salcidolaw.com |
| | |
| Pro Hac Vice Applicant: | Richard Samp |
| Firm: | New Civil Liberties Alliance |
| Address: | 1225 19th Street NW, Suite 450 |
| | Washington, DC 20036 |
| Telephone: | 202-869-5210 |
| Email: | rich.samp@ncla.legal |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| District of Columbia | 367194 | 1982 |
| Virginia | 33856 | 1994 |
| | | |
| | | |
| | | |

1

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

## LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_Richard A. Snyder_
Signature

10-4-2022
Date

2