Gerald M. Salcido (11956)
jerry@salcidolaw.com
SALCIDO LAW FIRM PLLC
43 W 9000 S Ste B
Sandy UT 84070
801.413.1753 Phone
801.618.1380 Fax

Attorneys for W. Clark Aposhian

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF UTAH
CETNRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, ET AL,<br><br><br>    Defendants. | ORDER FOR PRO HAC VICE ADMISSION<br><br>CIVIL ACTION NO.: 2:19-cv-00037-JNP |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(c), the motion for the admission pro hac vice of Richard Samp in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 6th day of October, 2023.

_____
Jill N. Parrish
United States District Court Judge