UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Attorney General<br>of the United States, *et al.*,<br>    Defendants. | No. 2:19-cv-0037-JNP-CMR |

## PROPOSED BRIEFING SCHEDULE

Counsel for the parties conferred on October 26, 2022, to discuss a schedule for proceedings in this matter. Pursuant to Rule 7 and Local Rule 7-4, the parties respectfully request that the Court adopt the following agreed-upon schedule, which would supersede the Court's prior scheduling orders.

1. On March 15, 2019, the Court entered an order denying Plaintiff's motion for a preliminary injunction. On March 18, 2019, Plaintiff filed an interlocutory appeal from that order.

2. On March 14, 2019, the Court granted Defendants' stipulated motion to extend the time for Defendants to respond to the Complaint. ECF 50. The Court ordered that Defendants respond to the Complaint no more than 30 days after final resolution of any appeal from an order with respect to the motion for a preliminary injunction, and directed the parties to submit a proposed scheduling order 14 days later. *Id.*

3. On October 3, 2022, the U.S. Supreme Court finally resolved the appeal. It denied a petition for a writ of certiorari to the U.S. Court of Appeals for the Tenth Circuit; the petition sought review of the Tenth Circuit's judgment affirming denial of the preliminary injunction.

4. As a result, the time for responding to the Complaint is about to expire on November 2, 2022. The parties jointly propose adoption of the following schedule, which includes a standard four-brief schedule for briefing cross-motions for summary judgment:

| | |
|---|---|
| Defendants file administrative record: | November 30, 2022 |
| Defendants to file a statement responding to the complaint pursuant to Local Rule 7-4(b)(1): | November 30, 2022 |
| Plaintiff files motion for summary judgment: | January 6, 2023 |
| Defendants file response and cross-motion for summary judgment: | February 6, 2023 |
| Plaintiff files response and reply: | February 27, 2023 |
| Defendants file reply: | March 20, 2023 |

Respectfully submitted,

/s/ Michael F. Knapp
Michael F. Knapp
Alexander V. Sverdlov
U.S. Department of Justice
1100 L Street NW, Suite 12008
Washington, DC 20005
202-514-2071
michael.f.knapp@usdoj.com

Jeffrey E. Nelson
U.S. Attorney's Office
111 S. Main St., Suite 1800
Salt Lake City, UT 84111-2176
801-325-3250
jeff.nelson@usdoj.com

Counsel for Defendants

/s/ Gerald M. Salcido
Gerald M. Salcido
Salcido Law Firm PLLC
43 W 9000 S, Suite B
Sandy, UT 84070
801-413-1753
jerry@saclcidolaw.com

Richard A. Samp
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
202-869-5217
rich.samp@ncla.legal

Counsel for Plaintiff

Dated: October 28, 2022