IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOSHIAN,<br><br>  Plaintiff,<br>v.<br><br>WHITAKER, et al.,<br><br>  Defendants. | SCHEDULING ORDER<br><br>Case No. 2:19-cv-00037-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Joint Motion for Scheduling Order (Motion) (ECF 56), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the following deadlines are scheduled:

| | |
|---|---|
| Defendants to file administrative record: | 11/30/2022 |
| Defendants to file a statement responding to the complaint pursuant to Local Rule 7-4(b)(1): | 11/30/2022 |
| Plaintiff to file motion for summary judgment: | 01/06/2023 |
| Defendants to file response and cross-motion for summary judgment: | 02/06/2023 |
| Plaintiff to file response and reply: | 02/27/2023 |
| Defendants to file reply: | 03/20/2023 |

DATED this 2 November 2022.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah