IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>Plaintiff,<br><br>vs.<br><br>MERRICK GARLAND, Acting Attorney General of the United States, et al.<br><br>Defendants. | Case No. 2:19-cv-00037-JNP<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>District Judge Jill N. Parrish |

Federal Defendants hereby give notice that Alexander V. Sverdlov is substituted for Michael F. Knapp as counsel for Federal Defendants. Undersigned counsel acknowledges his obligation and agreement to abide by the Utah Rule of Professional Conduct and Civility. Undersigned counsel is aware of and will comply with all pending deadlines in the matter.

Dated: November 29, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY R. FARBY
Assistant Branch Director
Federal Programs Branch

/s/ Alexander V. Sverdlov
ALEXANDER V. SVERDLOV (NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Counsel for Defendants*