**To:**      Brandon, Thomas E.[Thomas.Brandon@atf.gov]; Turk, Ronald B.[Ronald.Turk@atf.gov]
**From:**    Allen, Joseph J.
**Sent:**    Tue 10/3/2017 10:23:37 PM
**Subject:** Vegas Weapons and Ammo Recovered-ja.pdf
Vegas Weapons and Ammo Recovered-ja.pdf

Updated FATD Summary. Will push to ODAG.



Office of Enforcement Programs and Services

Firearms and Ammunition Technology Division



Las Vegas Recovered Weapons and Ammunition



PROTECTING THE PUBLIC
SERVING OUR NATION

1



# Las Vegas Recovered Weapons and Ammunition



## Daniel Defense DD5 – Standard Stock, Bipod, and Scope



PROTECTING THE PUBLIC
SERVING OUR NATION

ATF

2



# Las Vegas Recovered Weapons and Ammunition

Description: Daniel Defense upper receiver (7.62x51 / .308)

Can't read markings on receiver





PROTECTING THE PUBLIC
SERVING OUR NATION

3

AR000394



# Las Vegas Recovered Weapons and Ammunition



Patriot Ordnance Factory (POF) rifle with what appears to be Slide Fire SSAR-15 OGR Bump Fire AR-15 Stock



PROTECTING THE PUBLIC
SERVING OUR NATION

Patriot Ordnance Factory (POF) rifle



Las Vegas Recovered Weapons and
Ammunition



5

Appears to be Slide Fire SSAR-15 OGR Bump Fire AR-15 Stock





Las Vegas Recovered Weapons and Ammunition

PROTECTING THE PUBLIC
SERVING OUR NATION

6

AR000397



Las Vegas Recovered Weapons and
Ammunition



Description #20: Appears to be an AR-type with what appears to
be a Slide Fire SBS bump stock for AR-15
Description #21: Bolt action rifle with scope



PROTECTING THE PUBLIC
SERVING OUR NATION

7



# Las Vegas Recovered Weapons and Ammunition



Bolt action rifle with scope



PROTECTING THE PUBLIC
SERVING OUR NATION

8



AR-type rifle with what appears to Slide Fire SBS bump stock for AR-15





Las Vegas Recovered Weapons and Ammunition

9



# Las Vegas Recovered Weapons and Ammunition



Appears to be a Slide Fire SBS bump stock for AR-15



10



# Las Vegas Recovered Weapons and Ammunition



AR-type rifle with what appears to be a Slide Fire SSAR-15 0GR Bump Fire stock

11



PROTECTING THE PUBLIC
SERVING OUR NATION

AR000402

Las Vegas Recovered Weapons and Ammunition

Appears to be a Slide Fire SSAR-15 OGR Bump Fire Stock





12



# Las Vegas Recovered Weapons and Ammunition

Description #16 (right): AR-type with what appears to be a Slide Fire SSAR-15 OGR Bump Fire AR-15 stock

Description #9 (left): AR-type with what appears to be a Slide Fire SBS bump stock for AR-15





13



# Las Vegas Recovered Weapons and Ammunition

Description #17 (left):AR-type with what appears to be a Slide Fire SBS bump stock for AR-15

Description #9 (right): AR-type with what appears to be a Slide Fire SBS bump stock for AR-15





PROTECTING THE PUBLIC
SERVING OUR NATION

14



# Las Vegas Recovered Weapons and Ammunition

Description: AR-type rifle with Daniel Defense upper receiver. Rifle has bump fire stock





PROTECTING THE PUBLIC
SERVING OUR NATION

15



# Las Vegas Recovered Weapons and Ammunition

## Description: AR-type with bump fire stock



16

AR000407



# Las Vegas Recovered Weapons and Ammunition

Description: AR-type with bump fire stock





PROTECTING THE PUBLIC
SERVING OUR NATION

17

AR000408

# Las Vegas Recovered Weapons and Ammunition



PROTECTING THE PUBLIC
SERVING OUR NATION

## Description: AR-type with bump fire stock



18



# Las Vegas Recovered Weapons and Ammunition

Description: AR-type rifle and what appears to be Slide Fire SSAR-15 OGR Bump Fire stock





19



# Las Vegas Recovered Weapons and Ammunition

PROTECTING THE PUBLIC
SERVING OUR NATION

Description: AR-type rifle with
what appears to be a Slide Fire
SBS bump stock



20



Federal .223

# Las Vegas Recovered Weapons and Ammunition





PROTECTING THE PUBLIC
SERVING OUR NATION

21

AR000412



Las Vegas Recovered Weapons and Ammunition



Black tip

7.62x51 Black Tipped



PROTECTING THE PUBLIC
SERVING OUR NATION

22

AR000413



Las Vegas Recovered Weapons and Ammunition



7.62x51 Silver Tipped

Silver tip



PROTECTING THE PUBLIC
SERVING OUR NATION

23

AR000414





Las Vegas Recovered Weapons and Ammunition





# Las Vegas Recovered Weapons and Ammunition



PROTECTING THE PUBLIC
SERVING OUR NATION



Firearm magazines, 30-round PMAG (Magpul) in the foreground. Appears to be 100-round (Surefire) capacity firearm magazines in the background.

25



## Las Vegas Recovered Weapons and Ammunition



Green Tip over White, appears to be 7.62 x 51 "Dim Tracer"

26



PROTECTING THE PUBLIC
SERVING OUR NATION



# Las Vegas Recovered Weapons and Ammunition



Green over White Tip
Appears to be 7.62x51 "Dim Tracer"

27



AR000418



# Las Vegas Recovered Weapons and Ammunition

Surefire Magazines, appears to be 100-round capacity.



28

# Las Vegas Recovered Weapons and Ammunition



PROTECTING THE PUBLIC
SERVING OUR NATION

PMAG magazines, appears to be
30-round capacity



29

AR000420



# Las Vegas Recovered Weapons and Ammunition

Appears to be 30-round capacity PMAG firearm AR magazines.



PROTECTING THE PUBLIC
SERVING OUR NATION

30



## Las Vegas Recovered Weapons and Ammunition



There are no external visual indications (i.e. automatic sear pin hole) that the weapons have been converted into machineguns.

However, on-scene ATF personnel were **not** allowed to physically examine the interior of the weapons for machinegun fire-control components or known machinegun conversion devices such as Drop-In Auto Sears, Lightning Links, etc.

31

AR000422







Las Vegas Recovered Weapons and Ammunition

Office of Enforcement Programs and Services
Firearms and Ammunition Technology Division

32