# Here are all the victims of the Las Vegas shooting

Alan Gomez and Kaila White, USA TODAY    Published 12:18 a.m. ET Oct. 6, 2017 | Updated 7:39 p.m. ET Oct. 8, 2017



*(Photo: Robert Hanashiro, USA TODAY)*

The massacre in Las Vegas killed 58 people and wounded 489 who were crowded together into one field, bu those deaths have been felt across the entire continent.

The Clark County Coroner released the names of all 58 victims on Thursday. The list includes people from California to Massachusetts to the provinces of Canada.

They range in age from 20 to 67. They were mothers and fathers, sons and daughters, grandparents and grandchildren.

They worked in hospitals, police stations, schools, day cares, restaurants and fishing boats. They were at the Route 91 Harvest festival to celebrate birthdays, wedding anniversaries and a shared love of music.

Here are all the victims of Sunday's shooting:

## Hannah Ahlers



Hannah Ahlers, 34, of Beaumont, Calif., was killed in Las Vegas after a gunman opened fire on Oct. 1, 2017, at a country music festival. *(Photo: AP)*

AR000792

Age: 34

City: Beaumont, Calif.

The mother of three young children (/story/news/nation/2017/10/06/mother-3-beaumont-hannah-ahlers-killed-las-vegas-could-light-up-room/74030000/ was with her husband of 17 years when she was killed during the shootout.

Her father-in-law, Dave Ahlers, said she was a stay-at-home mom who dedicated herself to her children and her family.

"She was beautiful inside and out, and loved life and people," her brother, Lance Miller, told the Redlands Daily Facts (http://www.redlandsdailyfacts.co /2017/10/03/beaumont-resident-mother-of-3-dies-in-las-vegas-mass-shooting/). "She was our sunshine."

People in her community were organizing a car wash to raise money for her family, and others started an online fundraiser to help.

Read more about Hannah Ahlers (/story/news/nation/2017/10/06/mother-3-beaumont-hannah-ahlers-killed-las-vegas-could-light-up-room/740300001/)

## Heather Alvarado



Age: 35

City: Cedar City, Utah

When news spread that a shooting was underway at the music festival, the Cedar City (Utah) Fire Department immediately sent crews (/story/news/local/cedar-city/2017/10/03/cedar-city-woman-killed-las-vegas-shooting /727345001/) to the home of Albert Alvarado, a seven-year member of the department. They knew his wife wa at the show. Soon, news came that she was dead.

Heather Alvarado ran an in-home day care center and worked with the department's Ladies Auxiliary. The cou had three children who would come along when they went on cruises together.

Heather Alvarado, 35, from Cedar City, Utah, was shot and killed while attending a country music festival in Las Vegas on Oct. 1, 2017. (Photo: Courtesy Cedar City Fire Department)

"This is part of our family," Fire Chief Mike Phillips said. "There's no question that we are going to feel the soreness and loss from this senseless act of violence from this coward for years to come."

Read more about Heather Alvarado (/story/news/local/cedar-city/2017/10/03/cedar-city-woman-killed-las-vega shooting/727345001/).

## Dorene Anderson



Age: 49

City: Anchorage, Alaska

Anderson was at the concert with her husband when the shooting broke out. And now, their family is trying to recover from her loss.

The Alaska Housing Finance Corporation, where her husband, John, is employed, issued a statement from the family.

"She...was the most amazing wife, mother and person this world ever had," the statement read. "We are so grateful and lucky for the time that we did have with her.

Dorene Anderson of Anchorage, Alaska, was shot and killed during a country music festival in Las Vegas on Oct. 1, 2017. (Photo: Courtesy Alaska Housing Finance Corporation)

"We are greatly appreciative and want to thank everyone for the thoughts and prayers you have been sending us."

## Carrie Barnette

AR000793



Carrie Barnette, 34, from Riverside, Calif., was killed during a country music festival in Las Vegas on Oct. 1, 2017. *(Photo: Courtesy of Janice Chambers)*

Age: 34

City: Riverside, Calif.

Barnette bought a home in Riverside, Calif., last year and was working at the Pacific Wharf Café, a waterfront restaurant in the Disneyland companion park California Adventure. Friends and family described her as an upbeat, happy, animal-loving spirit who owned a basset hound and enjoyed country music.

On Sunday, she took a bullet (/story/news/nation/2017/10/02/california-disney-employee-killed-las-vegas-shooting/725432001/) to the left side of her chest and died with a friend by her side, according to her cousin, Janice Chambers.

Disney CEO Robert Iger, wrote, "We mourn a wonderful member of the Disney family: Carrie Barnette. "Tragic."

Read more about Carrie Barnette (/story/news/nation/2017/10/02/california-disney-employee-killed-las-vegas-shooting/725432001/).

## Jack Beaton

AR000794

Las Vegas shooting: Full victim list                    https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.



This undated image shows Jack and Laurie Beaton of Bakersfield, Calif. Jack was killed in Sunday's shooting in Las Vegas. *(Photo: Courtesy Jake Beaton)*

**Age:** 54

**City:** Bakersfield, Calif.

Beaton was celebrating his 23rd wedding anniversary (/story/news/local/arizona/2017/10/03/las-vegas-shooting-asu-students-dad-dies-protecting-wife-barrage-bullets/728562001/) with his wife, Laurie, when the gunfire started.

He told his wife to get on the ground and draped his body over hers to protect her. He was hit. He was bleeding profusely. But he had just enough time tell her he loved her.

"I love you, too. I'll see you in heaven," Laurie responded, according to her father, Jerry Cook. The couple had two children.

Cook said Jack's behavior that night was typical for the 54-year-old roofer — a hands-on guy who made friends easily and had the ability to draw out th best in everyone. "Him covering Laurie to protect her — that's Jack," he said.

Read more about Jack Beaton (/story/news/local/arizona/2017/10/03/las-vegas-shooting-asu-students-dad-dies-protecting-wife-barrage-bullets /728562001/).

## Steve Berger



Steve Berger was one of 58 people killed by a gunman in the Las Vegas massacre on Sun. Oct. 1, 2017. Berger was in Las Vegas

**Age:** 44

**City:** Minnesota

Berger was celebrating his 44th birthday (/story/communities/west/news/2017/10/03/family-searching-wauwatosa-native-missing-after-las-vegas-shooting/728256001/) with a trip to Las Vegas when the shooting broke out.

His sister, Christine Moore, said the family struggled to figure out if he was one of the hundreds who were shot Two days after the shooting, they got the call.

Friends of Berger said he was shot somewhere on his torso and they tried to resuscitate him. But the shooting intensified where they were, forcing them to flee the area.

Moore described her brother as a fun-loving, hard-working father of three who was born and raised in

AR000795

with his friends celebrating his
44th birthday. *(Photo: Submitted)*

Wauwatosa, Wis. Berger was a financial adviser working in Minnesota.

Read more about Steve Berger (/story/communities/west/news/2017/10/03/family-searching-wauwatosa-native
missing-after-las-vegas-shooting/728256001/).

## Candice Bowers



**Age:** 40

**City:** Garden Grove, Calif.

Bowers was a single mother of three (/story/news/nation/2017/10/06/las-vegas-shooting-victim-candice-bower
single-mom-3/737957001/) who had recently adopted her youngest child, a 2-year-old girl.

"She stepped in without even blinking and took this infant into her home," her aunt Michelle Bolks told *The
Arizona Republic*, adding, "She didn't question it. She didn't think about it. She just knew she needed to be
there."

Candice Bowers, 40, pictured in a
photograph provided by family
members. Bowers was a single
mother of three enjoying a rare
weekend away when she was one
of 58 people killed in the Las
Vegas shooting Oct. 1,
2017. *(Photo: Kylee Bolks/Special
for The Republic)*

Bowers had an infectious laugh that came with a wide grin, Bolks remembered. But she could also be tough a:
nails and was fiercely loyal. Bowers loved country music and family members encouraged her to have a good
time at the music festival.

"She was doing what she loved, enjoying a rare couple days away, with her best friend," Bolks said.

Read more about Candice Bowers (/story/news/nation/2017/10/06/las-vegas-shooting-victim-candice-bowers-
single-mom-3/737957001/).

## Denise Burditus



Denise Burditus of Martinsburg, W.V., was killed in Las Vegas after a gunman opened fire on Sunday, Oct. 1, 2017, at a country music festival. *(Photo: AP)*

**Age:** 50

**City:** Martinsburg, W.V.

Tony Burditus knew he'd met his match way back in high school. In the decades since, he and Denise Burditus had two children and four grandchildren
with a fifth on the way.

AR000796

https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.

"In 32 years, it grew stronger every day," Tony Burditus told CNN (http://www.cnn.com/videos/us/2017/10/04/las-vegas-shooting-victim-burditus-ac.cnn

The couple was trying to escape the concert when she was struck. She went down immediately. Someone nearby helped move her to a safer area, a nurse tried to help, and a stranger in a truck drove her to the hospital. But it was too late.

Denise Burditus has spent her career in banking. Last year she decided to go back to school. Her husband said she spent all her free time studying, bu still made time for their annual, month-long summer trip with the grandchildren — who called her "G-Ma" — and always kept her outgoing spirit.

"Denise always had a smile on her face," he told CNN. "Denise never met a stranger."

## Sandy Casey



Sandra Casey, a special education teacher at Manhattan Beach Middle School, was shot and killed during a country music festival in Las Vegas on Oct. 1, 2017. *(Photo: Courtesy of Manhattan Beach Unified School District)*

**Age:** 34

**City:** Redondo Beach, Calif.

Teachers at Manhattan Beach (Calif.) Middle School started their day Monday delivering tragic news to their students: one of their own (/story/news/local/vermont/2017/10/02/las-vegas-shooting-victim-dorset-vermont-native/724527001/) died in the Las Vegas shooting.

Casey, a Vermont native who moved to California, was a special education teacher at the school for nine year: She was engaged to be married and attended the concert with her fiancee.

"Her parents ask for prayers and privacy for her sisters, co-workers, students and large extended family," Casey's family said in a statement shared by her mother's cousin, Linda O'Leary.

District superintendent Michael Matthews said "We lost a spectacular teacher who devoted her life to helping some of our most needy students."

Read more about Sandy Casey (/story/news/local/vermont/2017/10/02/las-vegas-shooting-victim-dorset-vermont-native/724527001/).

## Andrea Castilla



Andrea Castilla, one of the people killed in Las Vegas after a gunman opened fire on Oct. 1, 2017, at a country music festival. *(Photo: AP)*

**Age:** 28

**City:** Huntington Beach, Calif.

Andrea Castilla was holding hands with her sister (/story/news/nation/2017/10/06/andrea-castilla-celebrating-her-28th-birthday-when-she-killed-las-vegas/732331001/) when the bullets began to fly.

According to a GoFundMe page set up by her aunt, Castilla attended the Route 91 Harvest festival for her 28t birthday. She lived in Huntington Beach and worked at Sephora.

Castilla and her sister were holding hands when someone shouted, "Duck!"

She was shot in the head, and her boyfriend, sister and sister's fiancé carried her out of the crowd, dodging bullets themselves.

Read more about Andrea Castilla (/story/news/nation/2017/10/06/andrea-castilla-celebrating-her-28th-birthday-when-she-killed-las-vegas/732331001/).

## Denise Cohen

AR000797



Denise Cohen, one of the people killed in Las Vegas after a gunman opened fire on Oct. 1, 2017, at a country music festival. *(Photo: AP)*

**Age:** 58

**City:** Carpinteria, Calif.

When Jeff Rees thinks of his mother, one thing keeps coming to mind: her laugh.

"When she would take me to the movies as a kid, I was just waiting to hear her laugh because it would just crack me up," he said.

The 58-year-old California woman was in the crowd (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullets-among-victims-las-vegas-shooting/728167001/) with her boyfriend, Derrick "Bo" Taylor, when the shooting started. By the time it was over, both were dead.

"I feel sorry for all of the people in the world who never got a chance to meet her," Rees said.

Read more about Denise Cohen (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullets-among-victims-las-vegas-shooting/728167001/).

## Austin Davis



Austin Davis, one of the people killed in Las Vegas after a gunman opened fire on Oct. 1, 2017, at a country music festival. *(Photo: AP)*

**Age:** 29

**City:** Riverside, Calif.

Davis was a pipefitter with UA Local 364 who "had a bright future in our union (/story/news/nation/2017/10/04/las-vegas-shooting-riverside-man-austin-davis-29-had-bright-future-pipefitter/732141001/)," another union member, Daniel Kirkconnell, said.

"Austin was supposed to be home playing softball and he made a last-minute choice to stay in Vegas for a little longer."

Aubree Hennigan wrote on Facebook that Davis was "the love of my life" and "I will love you until my dying day baby."

There will be a Home Run Derby in Perris on Sunday in honor of Austin Davis and Tom Day, another victim from Riverside, according to friends' posts on social media.

AR000798

_as Vegas shooting: Full victim list                           https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.

Read more about Austin Davis (/story/news/nation/2017/10/04/las-vegas-shooting-riverside-man-austin-davis-29-had-bright-future-pipefitter/73214100

## Thomas Day, Jr.



**Thomas Day, 54, was killed in the mass shooting in Las Vegas on Oct. 1, 2017.** *(Photo: Facebook)*

**Age:** 54

**City:** Corona, Calif.

Thomas Day Jr. was a country music fan.

A lifelong Corona resident, he traveled every year (/story/news/nation/2017/10/06/lifelong-corona-resident-and country-music-fan-thomas-day-jr-dies-las-vegas-shooting/740041001/) to the Coachella Valley for the country music festival Stagecoach with his four adult children.

He played Little League baseball in Corona and later coached a team, and had a Pittsburgh Steelers tattoo on his leg.

Day was attending the Route 91 country music festival in Las Vegas with his children, who are in their 20s and 30s, when he was shot and killed.

Read more about Thomas Day, Jr (/story/news/nation/2017/10/06/lifelong-corona-resident-and-country-music-fan-thomas-day-jr-dies-las-vegas-shootii /740041001/).

## Christiana Duarte



Christiana Duarte, 22, of Torrance, Calif., was shot and killed during a country music festival in Las Vegas on Oct. 1, 2017. *(Photo: Michael Duarte)*

**Age:** 22

**City:** Torrance, Calif.

The 22-year-old was visiting Las Vegas with her parents, but went to the concert without them. Officials found her cell phone, they found her ID, but he family couldn't locate their daughter.

Two days later, they got the word (/story/news/local/arizona/2017/10/02/las-vegas-shooting-family-friends-search-missing-university-arizona-alum-christiana-duarte/724024001/) that she was among those who died.

AR000799

After graduating from the University of Arizona with a business degree, Duarte moved back home to California and had started working for the Los Angeles Kings.

"She was incredibly driven, passionate about everyone and everything," said her friend, Maddie Noble.

Read more about Christiana Duarte (/story/news/local/arizona/2017/10/02/las-vegas-shooting-family-friends-search-missing-university-arizona-alum-christiana-duarte/724024001/).

## Stacee Etcheber



Stacee Etcheber, one of the people killed in Las Vegas after a gunman opened fire on Oct. 1, 2017, at a country music festival. (Photo: AP)

**Age:** 50

**City:** Novato, Calif.

As people around them started falling to the ground, Stacee Etcheber watched as her husband, an officer with the San Francisco Police Department, rushed to help them.

Then they got separated. Then Etcheber got shot.

Ever since, people throughout their hometown of Novato, Calif., have been mourning (/story/news/nation /2017/10/04/las-vegas-shooting-police-community-rallies-around-family-victim-stacee-etcheber/733252001/) th loss of Etcheber, a popular hair stylist and mother of two young children. An online fundraiser for her family ha raised over $200,000 as of Thursday.

"We're angry, devastated, frustrated," said Al Etcheber, Stacee's brother-in-law, during a new conference in Novato.

Read more about Stacee Etcheber (/story/news/nation/2017/10/04/las-vegas-shooting-police-community-rallie around-family-victim-stacee-etcheber/733252001/).

## Brian Fraser



This undated photo shows Brian Fraser, one of the people killed in Las Vegas after a gunman opened fire on Sunday, Oct. 1, 2017, at a country music festival. (Facebook via AP) (Photo: AP)

**Age:** 39

**City:** La Palma, Calif.

Fraser, a vice president of sales at a Southern California mortgage company, had made his way closer (/story /news/nation/2017/10/06/las-vegas-shooting-victim-brian-fraser-helped-anyone-who-asked/737146001/) to the front of the stage to see Jason Aldean sing his favorite song when he was fatally shot.

Known as a family man, he was at the concert with a group of 20 family members and friends, none of whom sustained serious injuries, according to The Orange County Register (http://www.ocregister.com/2017/10/03/tv orange-county-men-brian-fraser-and-victor-link-killed-in-las-vegas-mass-shooting/).

He is survived by his wife, four children and parents.

Fraser's son, Nick Arellano, 25, told The Register that his father loved to hunt, deep-sea fish, snowboard and attend his children's sporting events. He had recently obtained his private pilot's license.

Read more about Brian Fraser (/story/news/nation/2017/10/06/las-vegas-shooting-victim-brian-fraser-helped-anyone-who-asked/737146001/).

## Keri Galvan

AR000800



Keri Galvan, right, of Thousand Oaks, was killed in the Las Vegas massacre. *(Photo: CONTRIBUTED PHOTO)*

**Age:** 31

**City:** Thousand Oaks, Calif.

A mother of three young children, Galvan, 31, attended the festival with her husband, Justin, and some friends as part of a weekend getaway.

They were close to the stage when the shooting started (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullets-among-victims-las-vegas-shooting/728167001/). Galvan was struck in the head and her husband, a Marine who served in Iraq, tried to save her. "He gave her CPR, but s was already gone," said Galvan's sister, Lindsey Poole.

Galvan was a server at Mastro's Steakhouse and had an uncanny ability to remember her customers' orders or their special occasion. "She's just constantly making sure everybody's OK," Poole said.

Read more about Keri Galvan (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullets-among-victims-las-vegas-shooting/728167001/?hootPostID=ecabe72beeab6033f44ce493123c71dc).

## Dana Gardner



Dana Gardner, 52, of California, was one of the victims of the mass shooting in Las Vegas on Oct. 1, 2017. *(Photo: San Bernardino County)*

**Age:** 52

**City:** Grand Terrace, Calif.

After becoming one of the victims of the massacre in Las Vegas, the outpouring of support (/story/news/nation /2017/10/04/las-vegas-shooting-victim-dana-gardner-san-bernardino/732922001/) for the 52-year-old grandmother has taken on many forms.

Bob Dutton, the San Bernardino County (Calif.) assessor-recorder and county clerk heaped praise on Gardner 26-year employee of the county. "Known for her 'can-do' attitude and vibrant energy, Dana will be dearly misse he wrote in a statement.

There was an online fundraiser started by her daughter, who attended the show with Gardner. And on Tuesda her sisters visited United Blood Services in Las Vegas to thank donors in person for what they were doing for a those injured in the attack.

"She was a wonderful woman," they told (http://abc7.com/las-vegas-shooting-sisters-of-slain-local-mom-thank

AR000801

blood-donors/2484099/) ABC7 News. "Most wonderful mother, grandmother, sister."

Read more about Dana Gardner (/story/news/nation/2017/10/04/las-vegas-shooting-victim-dana-gardner-san-bernardino/732922001/).

## Angela Gomez



Angela Gomez, 20, who was killed in the LAs Vegas shooting on Sunday, Oct. 1, 2017. *(Photo: Associated Press)*

**Age:** 20

**City:** Riverside, Calif.

At a candlelight vigil, Angela Gomez' father thanked the crowd (/story/news/nation/2017/10/06/20-year-old-angie-gomez-riverside-city-college-student-killed-las-vegas-shooting/739844001/) for coming "to celebrate our angel."

Family and friends speaking at the vigil at Riverside City College, Calif., where Angie was studying nursing, were surrounded by photos of her — baby pictures, high school yearbook portraits and prom photos.

"The lord works in a strange ways and this is his way," Angie Gomez' father, Steve Gomez, told KTLA at the vigil. "It was a calling."

Angie had spent months planning the trip to Las Vegas with her boyfriend Ethan Sanchez, whom she met in high school, according to KTLA.

"She was a daughter, she was a sister, she was my life," Sanchez said at the vigil.

Read more about Angela Gomez (/story/news/nation/2017/10/06/20-year-old-angie-gomez-riverside-city-college-student-killed-las-vegas-shooting /739844001/).

## Rocio Guillen Rocha

AR000802

https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.



Rocio Guillen Rocha, one of the people killed in Las Vegas after a gunman opened fire on Oct. 1, 2017, at a country music festival. *(Photo: AP)*

**Age:** 40

**City:** Eastvale, Calif.

Guillen Rocha was standing beside the man she was supposed to marry when she was shot (/story/money/real-estate/2017/10/06/rocio-guillen-rocha-killed-las-vegas-supermom-one-month-old-baby/660007001/%C2%A0) at the music festival.

According to a GoFundMe page set up by a cousin, Guillen Rocha had four children, the youngest of whom was one month old.

Guillen Rocha grew up in Anaheim and graduated from Katella High School. She worked at Disneyland as a young adult, according to friends' posts on social media.

According to her cousin's GoFundMe page, "Her greatest accomplishment was being a mother as she would always say. She was a supermom, always working hard and juggling everything to be the best mom to her 4 children."

Read more about Rocio Guillen Rocha (/story/money/real-estate/2017/10/06/rocio-guillen-rocha-killed-las-vegas-supermom-one-month-old-baby/660007001/%C2%A0).

## Charleston Hartfield

AR000803



Charleston Hartfield, a Las Vegas police officer, was among those slain by the Las Vegas shooter. *(Photo: Sgt. Walter Lowell/Nevada National Guard)*

Age: 34

City: Las Vegas

On a trip to visit victims of the Las Vegas mass shooting, President Donald Trump honored Hartfield, a military veterans (/story/news/nation/2017/10 /05/trump-honors-officer-who-died-helping-others-las-vegas-shooting/736150001/) and Las Vegas police officer who was off duty at the concert but started escorting people out of the venue when the shooting began.

"Officer Hartfield was a proud veteran, a devoted husband and loving father," Trump said. "His death is a tragic loss for this police force, for this city an for our great nation."

Steve Grammas, president of the Las Vegas Police Protective Association, said he'd known Hartfield for seven years and that the officer liked to joke around with his colleagues.

"People would say he was the funniest guy."

Read more about Charleston Hartfield (/story/news/nation/2017/10/05/trump-honors-officer-who-died-helping-others-las-vegas-shooting/736150001/).

## Chris Hazencomb



Chris Hazencomb (left) with his mother, Maryanne Hazencomb, in this family photo from the early 2000s. Chris Hazencomb was shot

Age: 44

City: Camarillo, Calif.

As the clock approached 11 a.m. on Monday morning, Maryanne Hazencomb stood in a Las Vegas hospital room and gave the order (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullets-among-victims-las-vegas-shooting/728167001/) to disconnect the ventilator that was keeping her son alive.

Chris Hazencomb had shielded his best friend's wife after the shooting started. The graduate of Thousand Oa High School, a sports junkie and country music fan, soon became the 58th victim in the shooting.

His final act, using his 6-foot-5 body to protect his friend's wife, perfectly summarized how he lived his life, his mother said. She called him a constant helper, whether that meant doing a dirty job none of his coworkers at th Walmart Neighborhood Market wanted to do, or rescuing a less than social cat from the neighbor's roof.

AR000804

Las Vegas shooting: Full victim list                                                                     https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.

and killed during a country music
festival in Las Vegas on Oct. 1,
2017. *(Photo: Family Handout)*

"You don't expect your kid to go before you go," she said. "He was good to everybody. He'd go out on the limb
everybody."

Read more about Chris Hazencomb (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullets-
among-victims-las-vegas-shooting/728167001/).

## Jennifer Topaz Irvine



Jennifer Irvine (front, pink shirt) was among the victims of the shooting Sunday in Las Vegas. *(Photo: Kyle Kraska)*

**Age:** 42

**City:** San Diego

As the music blared, Irvine was holding hands with her friends, singing and dancing along when the bullet struck her.

Kyle Kraska, a longtime friend, said those final moments (/story/news/2017/10/04/san-diego-attorney-legal-commentator-dies-among-friends-vegas-
fusillade/733266001/) encapsulated who Irvine was, an outgoing, fun-loving soul who was always surrounded by friends. "She was an adventurous
person, a very social, loving, caring, inclusive person," he said.

Irvine, a graduate of California Western School of Law, opened her own family law and criminal defense firm in 2011 and was a television commentator
on criminal trials. But she also led a busy life outside of work, earning a black belt in taekwondo, doing yoga and snowboarding.

Before she died, Kraska said she already had her eyes set on her next challenge: skydiving.

Read more about Jennifer Topaz Irvine (/story/news/2017/10/04/san-diego-attorney-legal-commentator-dies-among-friends-vegas-fusillade/733266001

## Teresa Nicol Kimura

AR000805



Teresa Nicol Kimura, one of the people killed in Las Vegas after a gunman opened fire on Oct. 1, 2017, at a country music festival. *(Photo: AP)*

**Age:** 38

**City:** Placentia, Calif.

Teresa Kimura was known by her middle name, Nicol, and was known for her huge heart (/story/news/nation/2017/10/06/las-vegas-shooting-victim-nic kimura-california-loved-life/739391001/) and infectious laugh, friends said.

Kimura attended the Route 91 Harvest festival with six friends, from Orange County, Calif. The group scattered after the shooting started, and all but Kimura were reunited in the ensuing hours, said Ryan Miller, a pastor and one of Kimura's friends who also attended the concert.

"She made you jealous of how much she loved life," Miller wrote on a GoFundMe page. "And if you didn't know her, you missed out on a better life than the one you have."

Read more about Nicol Kimura (/story/news/nation/2017/10/06/las-vegas-shooting-victim-nicol-kimura-california-loved-life/739391001/).

## Jessica Klymchuk

AR000806



Jessica Klymchuk, one of the people killed in Las Vegas on, Oct. 1, 2017. Facebook via AP *(Photo: AP)*

**Age:** 34

**City:** Valleyview, Alberta, Canada

Klymchuk was that person who did a little bit of everything and kept the wheels at her school turning forward.

The mother of four (/story/news/nation/2017/10/06/las-vegas-shooting-victim-canadian-catholic-school-librarian-jessica-klymchuk/740488001/) was an educational assistant at St. Stephen's School in Valleyview, Alberta, Canada, a town of roughly 2,000 people.

She served as a school librarian and bus driver and connected with elementary school students in a way few could, attendees at a vigil said.

Klymchuk got engaged in April to her boyfriend, Brent Irla, according to a Facebook status update.

"Since meeting Brent my world has changed, his smile is something I can't live without and his laugh is contagious," Klymchuk wrote in a comment responding to the announcement.

Read more about Jessica Klymchuk (/story/news/nation/2017/10/06/las-vegas-shooting-victim-canadian-catholic-school-librarian-jessica-klymchuk/740488001/).

## Carly Kreibaum



Carly Kreibaum, 33, of Sutherland, Iowa, was among the 59 people who were killed during the deadly

**Age:** 33

**City:** Sutherland, Iowa

The electronic welcome sign for tiny Sutherland, Iowa, scrolled a new, painful message Wednesday.

"RIP Carly."

Kreibaum, 33, was remembered as a well-liked mother (/story/news/crime-and-courts/2017/10/04/carly-kreibaum-iowa-mother-killed-in-las-vegas-mass-shooting/733115001/) of two young children who married Chri Kreibaum. The couple lived on a farm.

Residents of the small farming town were stunned that one of their own died in the Las Vegas massacre.

AR000807

Las Vegas shooting: Full victim list                                                 https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims..

mass shooting at an outdoor
concert in Las Vegas. *(Photo:
Special to The Register)*

"There's 600 people in this town. And there were 22,000 people at that concert," said Dan Wetherell, a local librarian and a cook at the Mugshots Bar & Grill.

Read more about Carly Kreibaum (/story/news/crime-and-courts/2017/10/04/carly-kreibaum-iowa-mother-killed-in-las-vegas-mass-shooting/733115001/).

## Rhonda LeRocque



Rhonda LeRocque was killed in
Las Vegas after a gunman opened
fire on Sunday, Oct. 1, 2017, at a
country music festival. *(Photo: AP)*

**Age:** 42

**City:** Tewksbury, Mass.

At first, Jason LeRocque thought his wife was ducking to avoid the gunfire. It turned out she was hit.

Rhonda LeRocque was a devout Jehovah's Witness who met her husband at church and constantly volunteer for humanitarian missions, including rebuilding homes in New Orleans after Hurricane Katrina.

"She prayed on everything," her mother Priscilla Champagne told the Boston Globe (https://www.bostonglobe.com/metro/2017/10/03/mother-woman-slain-las-vegas-she-was-one-beautiful-beautiful-people/1t9hu1GkHHEZr7CxjTRVfP/story.html). "Very God-oriented. I'm sure that Jehovah God is ups that one of his beautiful, beautiful people is no longer in this world."

The couple was on a family vacation with their 6-year-old son. After the country music festival, they were planning to go to Disneyland.

## Victor Link



Victor Link, 55, is among the Las Vegas shooting victims. *(Photo: Facebook)*

**Age:** 55

**City:** Orange County, Calif.

Link, a mortgage broker, was remembered by his son as a strong role model (/story/news/nation/2017/10/06/orange-county-mortgage-broker-victor-link-attended-fatal-vegas-concert/734095001/).

"I love you so much Dad," Christian Link wrote on Facebook. "Thank you so much for adopting me. Thank you so much for being the best dad any one

AR000808

Las Vegas shooting: Full victim list                                https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.

son could ever have. I could type for hours saying how great of a man you were and how everyone loves you so so much."

Link was attending the music festival with his fiancée, Lynne Gonzales, according to media reports. His friend and colleague, Christopher Fenoglio, offered a tribute to him on Facebook.

"Victor carried with him a deep passion for life; whether he was sharing stories of his weekend and the past times he'd shared with Lynne and his famil or sharing how excited he was for the upcoming weekend and the plans that ensued," he wrote.

"He loved to share his expertise on craft beers and good tequila," he added. His love of music encompassed most genres, and it was never any surpris when he stumped the majority of the office with his vast trivia knowledge."

Read more about Victor Link (/story/news/nation/2017/10/06/orange-county-mortgage-broker-victor-link-attended-fatal-vegas-concert/734095001/).

## Jordan McIldoon



Jordan McIldoon was one of 58 people killed in the Las Vegas shooting Oct. 1, 2017. *(Photo: Mitchel Brown/Special for The Republic)*

**Age:** 23

**City:** Maple Ridge, British Columbia, Canada

Jordan McIldoon was days away (/story/news/nation/2017/10/06/las-vegas-shooting-jordan-mcildoon-rarely-without-cowboy-boots/740475001/) from turning 24 years old, and he was a month shy of finishing his heavy-duty mechanic apprenticeship.

Journeying to Las Vegas from his home in Maple Ridge, British Columbia, he had a love of the outdoors "born within him," according to his parents, Ala and Angela McIldoon.

"From a young age, he was fearless," his parents wrote in a statement to the media. "From finding him perched on the roof of the barn at age 2 or havi him leap into the deep end of the lake before he could swim, he was always on the go."

His girlfriend, Amber Vanderpol, was equally distraught.

"He taught me how to love and he taught me how to be a good person," she told the Global News (https://globalnews.ca/news/3783485/jordan-mcildoo las-vegas-shooting-amber-vanderpol/). "He was the love of my life."

Read more about Jordan McIldoon (/story/news/nation/2017/10/06/las-vegas-shooting-jordan-mcildoon-rarely-without-cowboy-boots/740475001/).

AR000809

## Kelsey Meadows



**Kelsey Meadows was one of the people killed in Las Vegas after a gunman opened fire at a country music festival.** *(Photo: Courtesy of Greg and Stacy Meadows via AP)*

**Age:** 28

**City:** Taft, Calif.

Meadows was a substitute teacher (/story/news/nation/2017/10/04/las-vegas-shooting-victim-kelsey-meadows teacher-who-loved-her-students/733562001/) at Taft Union High School in Taft, California, where she graduate in 2007.

Taft Union High School principal Mary Alice Finn said she "was smart, compassionate and kind. She had a sw spirit and a love for children."

The high school established a memorial scholarship fund in her honor.

History Professor Lori Clune, who met Meadows during her time as a student at Fresno State University, said Meadows was "a gifted teacher who demonstrated a skill and passion for her chosen profession."

Read more about Kelsey Meadows (/story/news/nation/2017/10/04/las-vegas-shooting-victim-kelsey-meadow: teacher-who-loved-her-students/733562001/).

## Calla-Marie Medig



Canadian Calla Medig, 28, of Edmonton, Alberta, was a country music fan who traveled to Las Vegas for the Route 91 Harvest Festival. She was one of 58 people killed the Oct. 1, 2017, mass shooting. *(Photo: Scott Collingwood/Moxie's Grill and Bar)*

**Age:** 28

**City:** Edmonton, Alberta, Canada

Growing up in the small Canadian town of Jasper, Alberta, Calla Medig loved her country music (/story/news/nation/2017/10/05/vegas-shooting-victim-country-show-pilgrimage-canadian-calla-medig/737386001/).

She loved it so much she put a job promotion on hold so she could attend the Route 91 Harvest Festival concert in Las Vegas with her roommate.

"She was promoted the day before she left for Vegas," said Scott Collingwood, acting general manager at Moxie's Grill and Bar in the West Edmonton Mall, where Medig worked.

AR000810

https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims..

"She was well respected and well loved. When we announced she was to become a manager, people were hooting and hollering."

Read more about Calla Medig (/story/news/nation/2017/10/05/vegas-shooting-victim-country-show-pilgrimage-canadian-calla-medig/737386001/).

## James "Sonny" Melton



Sonny Melton, with his wife, Heather, was one of the victims in the Las Vegas shooting that left more than 50 people dead on Oct. 1, 2017. *(Photo: Courtesy of Heather Gulish Melton)*

**Age:** 29

**City:** Big Sandy, Tenn.

When the bullets started raining down (/story/news/nation/2017/10/02/victims-identified-las-vegas-shooting/723126001/) on the crowd, Melton's first reaction was to protect his wife.

"He saved my life," Heather Melton said. "He grabbed me from behind and started running when I felt him get shot in the back."

Melton was a registered nurse at Henry County Medical Center in Paris, Tenn. His wife is an orthopedic surgeon there. The couple married in June 20'

Heather Melton wrote to USA TODAY, "I want everyone to know what a kind hearted loving man he was but at this point I can barely breathe."

Read more about Sonny Melton (/story/news/nation/2017/10/02/victims-identified-las-vegas-shooting/723126001/).

## Patricia Mestas



**Age:** 67

**City:** Menifee, Calif.

Mestas was the oldest person to die (/story/news/nation/2017/10/06/las-vegas-shooting-victim-patricia-mestas 67-had-far-reachwas-oldest-victim-killed-las-vegas-shootin/739610001/), but family members always will remember her for being young at heart.

A lover of country music, Mestas traveled to the music festival to see one of her favorite musicians, Jason Aldean. She was always eager to make the most of a moment, Tom Smith, Mestas' cousin, said in an interviev with USA TODAY.

AR000811

Pati Mestas is among the victims of the Las Vegas shooting on Oct. 1, 2017. *(Photo: Tom Smith/Special to The Republic)*

"If there weren't people, if there wasn't music, if there wasn't laughter, she would find it," Smith said. "Or she would do her bestat to make it."

Mestas used to work as a deli manager at a convenience store in Corona, Calif. More recently, she spent time with her family, particularly the youngest ones.

She had three children, eight grandchildren and a great-grandchild.

Read more about Patricia Mestas (/story/news/nation/2017/10/06/las-vegas-shooting-victim-patricia-mestas-67-had-far-reachwas-oldest-victim-killed-la vegas-shootin/739610001/).

## Austin Meyer

**Age:** 24

**City:** Reno, Nev.

Meyer was a 2011 graduate (/story/news/crime/2017/10/04/report-truckee-meadows-cc-student-among-las-vegas-dead/733463001/) of Seaside High School in Monterey, Calif., and had recently move from Marina, Calif., to Reno to attend Truckee Meadows Community College.

"Austin was a joy to be around. He always had a smile on his face, was (witty) and was always making people laugh. He was passionate about cars, loved sports, basketball in particular, and his favorite team (was) the Boston Celtics," Veronica Meyer, Austin's sister, told KSBW-8 (http://www.ksbw.co /article/monterey-peninsula-man-killed-in-las-vegas-mass-shooting/12781359), an NBC affiliate in Salinas, Calif.

She said Meyer dreamed of opening an auto repair shop after graduation, in addition to looking forward to getting married and starting a family.

Read more about Austin Meyer (/story/news/crime/2017/10/04/report-truckee-meadows-cc-student-among-las-vegas-dead/733463001/).

## Adrian Murfitt



Adrian Murfitt, 35, a commercial fisherman from Anchorage, seen here with his West Siberian Laika named Paxson, was one of the victims of the shooting in Las Vegas on Oct. 1, 2017. *(Photo: Courtesy of Shannon Gothard)*

**Age:** 35

**City:** Anchorage

For Adrian Murfitt, the country music festival was a group celebration after a successful fishing season off the Alaskan coast.

His sister, Shannon Gothard, said Murfitt was every bit the Anchorage native — he played hockey "since he w just a little tot" and would spend months at sea as a commercial fisherman. Gothard said her brother was ever talking about going in with a friend to buy their own boat.

"He was my brother, so of course I thought he was an arrogant little cuss," she said, struggling to laugh. "But c I can say that cause he's my brother. He had this big, jovial, goofy laugh. He'd always try to do the right thing. had a big heart."

Read more about Adrian Murfitt (/story/news/nation/2017/10/02/victims-identified-las-vegas-shooting /723126001/).

## Rachael Parker

**Age:** 33

**City:** Manhattan Beach, Calif.

The first person anybody walking into the Manhattan Beach (Calif.) Police Department saw was Rachael Parker, a civilian employee (/story/news/natio /2017/10/02/victims-identified-las-vegas-shooting/723126001/) of the department who served as a records technician and the front desk clerk.

AR000812

https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims...



Rachael Parker, a records
technician at the Manhattan
Beach (Calif.) Police Department,
was shot and killed during a
country music festival in Las
Vegas on Oct. 1, 2017. *(Photo:
Courtesy of Manhattan Beach Police
Department)*

"She was one of the faces of the department," said Kristie Colombo, the department's community affairs office
"She was always funny and smart and bubbly and always had a smile on her face."

Parker was attending the music festival with three other department employees. One of them was on off-duty
police officer who was also shot, but Colombo said he was expected to recover.

Read more about Rachael Parker (/story/news/nation/2017/10/02/victims-identified-las-vegas-shooting
/723126001/).

## Jenny Parks



Jenny Parks, an energetic and
passionate kindergarten teacher
and mother of two from
California, was killed in the Las
Vegas shooting on Oct. 1,
2017. *(Photo: Westside Union
School District)*

**Age:** 36

**City:** Lancaster, Calif.

Jenny Parks, an energetic kindergarten teacher (/story/news/nation
/2017/10/05/las-vegas-shooting-victims-jenny-parks-kindergarten-
teacher/733745001/) and mother of two, was in her third year of
teaching at Anaverde Hills Elementary School in Palmdale, Calif.

Parks was at the concert with her husband, who suffered injuries to
arm and hand. Parks didn't make it.

Those who knew her praised her passion and the energy she broug
to the classroom.

"She was so proud to be a teacher and her spirit was something to
behold," school officials said in a statement. "The students who were
instructed by her knew what it was to love learning as Jenny instilled
them a sense of wonder, curiosity and excitement.

"She will be sorely missed from our lives."

Read more about Jenny Parks (/story/news/nation/2017/10/05/las-vegas-shooting-victims-jenny-parks-kindergarten-teacher/733745001/).

## Carrie Parsons



10/19/2018, 10:12 AN

AR000813

Las Vegas shooting: Full victim list                                        https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims...

Carrie Parsons, a 2008 ASU graduate, is among the Las Vegas victims *(Photo: Facebook)*

**Age:** 31

**City:** Bainbridge Island, Wash.

Parsons was a 2008 Arizona State University graduate and Seattle-area resident who had recently gotten engaged (/story/news/local/tempe/2017/10/06/recently-engaged-asu-alum-carrie-parsons-among-las-vegas-shooting-victim/737940001/) in Hawaii.

"She would always say 'live, laugh, love,' and she did that," Laura Cooper, her childhood friend, told Seattle TV's KOMO News (http://komonews.com/news/local/seattle-woman-among-victims-of-las-vegas-massacre).

Parsons was from Bainbridge Island, which is separated from Seattle by a bay. Her LinkedIn profile said she had worked at the staffing firm Ajilon since 2014, that her ASU degree was in ceramics and that she played intramural softball.

Read more about Carrie Parsons (/story/news/local/tempe/2017/10/06/recently-engaged-asu-alum-carrie-parsons-among-las-vegas-shooting-victim/737940001/).

## Lisa Patterson



**Robert Patterson and his wife, Lisa Patterson, who was shot and killed during a country music festival in Las Vegas on Oct. 1, 2017.** *(Photo: Dennis Kim)*

**Age:** 46

**City:** Lomita, Calif.

Religion and participation in the Catholic church defined Patterson, along with her experience coaching youth sports, said long-time friend Dennis Kim.

He described Patterson and her husband, Robert, as beloved fixtures in the community just south of Los Angeles. She handled the books (/story/news/local/arizona/2017/10/03/las-vegas-shooting-mother-northern-arizona-university-student-among-those-killed-lisa-patterson/728021001/) for the family's hardwood flooring business.

One her children, Amber, is a special education major at Northern Arizona University. Her husband, who wasn at the concert, stopped by a makeshift memorial in front of the Bellagio in Las Vegas on Tuesday and spoke w a local television crew.

"I can't believe she's gone," he told FOX5. "Once I didn't hear from her for over a day, then I knew that someth very bad had happened."

Read more about Lisa Patterson (/story/news/local/arizona/2017/10/03/las-vegas-shooting-mother-northern-arizona-university-student-among-those-killed-lisa-patterson/728021001/).

## John Phippen



**John Phippen, one of the people**

**Age:** 56

**City:** Santa Clarita, Calif.

John Phippen, a California home remodeler and dune-buggy enthusiast, died while shielding a stranger (/story/news/nation/2017/10/06/las-vegas-victim-john-phippen-son-died-shielding-stranger-route-91/738373001/), his son Travis Phippen told NBC's *Today* show.

Phippen and Travis, 24, were attending the Route 91 Harvest Festival in Las Vegas together Sunday when the shooting began. Phippen placed his body over a girl to shield her and was shot, Travis recounted, struggling through his tears.

His son, an emergency medical technician, came to Phippen's aid, but it was too late. Travis watched his fathe

10/19/2018, 10:12 AN

AR000814

Las Vegas shooting: Full victim list                                                            https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims...

**killed in Las Vegas after a gunman**    die in his arms and was struck in the arm himself.
**opened fire on Oct. 1, 2017, at a**
**country music festival.** *(Photo: AP)*
                                           Phippen "gave his life for someone he didn't even know," Travis said. "He wanted everybody to know how muc
                                           he loved them."

Read more about John Phippen (/story/news/nation/2017/10/06/las-vegas-victim-john-phippen-son-died-shielding-stranger-route-91/738373001/).

## Melissa Ramirez



**Age:** 26

**City:** Los Angeles, Calif.

Ramirez grew up in the Antelope Valley of California, north of Los Angeles, and loved to surround herself (/sto
/news/nation/2017/10/05/las-vegas-shooting-recent-california-state-university-graduate-melissa-ramirez-amon
those-killed/733890001/) with her extended family.

She would routinely make trips home over weekends while in school, the New York Times reported
(https://www.nytimes.com/2017/10/02/us/vegas-victims-names.html?_r=1).

The daughter of Mexican immigrants who became U.S. citizens, Ramirez graduated from California State
University-Bakersfield in 2014 with a bachelor's degree in business administration. She worked at a Southern
California car-insurance company.

**Melissa Ramirez** *(Photo: GoFundMe)*

"She always helped her parents, and just wanted to be there," her cousin, Fabiola Farnetti, told the Times.

Read more about Melissa Ramirez (/story/news/nation/2017/10/05/las-vegas-shooting-recent-california-state-university-graduate-melissa-ramirez-among-those-killed/733890001/).

## Jordyn Rivera



**Age:** 21

**City:** La Verne, Calif.

"I'm just in disbelief that someone so sweet and genuine that I got the privilege of knowing is now no longer
here," Jasmine Orozco said of her college friend.

Rivera grew up in La Verne and graduated from Bonita High School in 2014.

She was in her fourth year (/story/news/nation/california/2017/10/03/21-year-old-victim-las-vegas-shooting-
beautiful-soul-csu-san-bernardino-campus/728493001/) of California State University, San Bernardino's Health
Care Management program, according to the university.

**Jordyn Rivera, 21, of La Verne, Calif., was shot and killed during a country music festival in Las Vegas on Oct. 1, 2017.** *(Photo: Mike Schrader)*

She studied abroad in London last summer, and her Facebook profile picture remains a snapshot of her outsic
Stonehenge, both hands forming coyotes, CSUSB's mascot.

Read more about Jordyn Rivera (/story/news/nation/california/2017/10/03/21-year-old-victim-las-vegas-shootir
beautiful-soul-csu-san-bernardino-campus/728493001/).

## Quinton Robbins

**Age:** 20

**City:** Henderson, Nev.

Robbins was an avid fisherman and snowboarder (/story/news/local/gilbert/2017/10/02/20-year-old-snowboarder-quinton-robbins-henderson-among-

AR000815



vegas-shooting-victim/725847001/) who spent his final moments with his sister, according to social media post

"He was the most kind and loving soul," his aunt, Kilee Wells Sanders, wrote on Facebook. "Everyone who me
him loved him ... He was truly an amazing person."

Robbins studied at the University of Nevada-Las Vegas and worked in recreation for the city of Henderson.

His sister, Skylar Robbins, wrote on Twitter, "Laying next to you in the hospital bed all night was the hardest th
I've gone through, but you made me feel so at peace and I know you are with me."

Read more about Quinton Robbins (/story/news/local/gilbert/2017/10/02/20-year-old-snowboarder-quinton-
robbins-henderson-among-vegas-shooting-victim/725847001/).

**Quinton Robbins, one of the people killed in Las Vegas after a gunman opened fire, Oct. 1, 2017.** *(Photo: Facebook via AP)*

## Cameron Robinson



**Cameron Robinson** *(Photo: GoFundMe.com)*

**Age:** 28

**City:** St. George, Utah

Cameron Robinson lived in St. George but worked for the city of Las
Vegas as a legal records specialist, according to the state's online
transparency website.

Robinson's sister, Meghan Ervin, confirmed that her brother was
among the victims.

Friends have remembered him (/story/news/2017/10/03/family-frienc
mourn-loss-las-vegas-shooting-victim/726824001/) on a
GoFundMe.com page, which had raised over $23,000 by Wednesda
to pay for funeral costs and help his family.

"He loved to cook, entertain, run marathons, travel, go camping, boating, and the outdoors in general and above all surround himself with those he love
and others," the page read. "He is an amazing example to all and brought so much light to those he came in contact with."

Read more about Cameron Robinson (/story/news/2017/10/03/family-friends-mourn-loss-las-vegas-shooting-victim/726824001/).

## Tara Roe



**Tara Roe, 34, from Alberta, Canada, was shot and killed during a country music festival in Las Vegas on Oct. 1, 2017.** *(Photo: Courtesy Sophia Models International)*

**Age:** 34

**City:** Alberta, Canada

A Canadian mother of two young boys who worked as an educational assistant and a model was attending the
concert with her husband. After initially being listed as missing, officials confirmed that Roe, 34, was among th
dead (/story/news/nation/2017/10/05/canadian-educational-assistant-model-tara-roe-killed-las-vegas-shooting
/736975001/).

The Foothills School Division in High River, Alberta, where Smith worked has received an outpouring of suppo
as the district deals with sadness, shock and grief, Superintendent John Bailey said.

Sophia Models International, where Roe worked for 10 years, also lamented the loss of her "friendly face" and
"caring spirit."

"She was a wonderful mother and our family is going to miss her dearly," Val Rodgers, Roe's aunt, told the
Canadian Press.

Read more about Tara Roe (/story/news/nation/2017/10/05/canadian-educational-assistant-model-tara-roe-killed-las-vegas-shooting/736975001/).

AR000816

## Lisa Romero-Muniz



**Lisa Romero-Muniz, one of the people killed in Las Vegas after a gunman opened fire on Oct. 1, 2017, at a country music festival.** *(Photo: AP)*

**Age:** 48

**City:** Gallup, N.M.

Romero-Muniz spent all of her time (/story/news/local/2017/10/02/new-mexico-grandmother-among-las-vegas shooting-victims/725517001/) around children.

She had children and four grandchildren. She worked as a counselor at elementary, middle-school and high-school levels for Gallup-McKinley County Schools.

Her colleagues and her students, flooded social media with glowing tributes to her.

District superintendent Mike Hyatt said she, "was an incredible loving and sincere friend, mentor and advocate for students in many of our schools."

Read more about Lisa Romero-Muniz (/story/news/local/2017/10/02/new-mexico-grandmother-among-las-veg shooting-victims/725517001/).

## Chris Roybal



Christopher Roybal, a Navy veteran who served in Afghanistan, was killed during the mass shooting in Las Vegas on Oct. 1, 2017. *(Photo: AP)*

**Age:** 28

**City:** Aurora, Colo.

Navy veteran Christopher Roybal survived combat in Afghanistan and had recently moved with his wife to Colorado for a new job before he was killed (/story/news/nation/2017/10/05/navy-vet-las-vegas-victim-christopher-roybal-survived-combat-tour-afghanistan/734081001/) in Sunday's attack.

Roybal, 28, served from 2007 to 2012, according to his public service record. He was deployed to Afghanistan from July 2011 to May 2012 as part of a military working dog team, according to the U.S. Navy.

His co-worker, Robert Alexander of Colorado Springs, told the Associated Press that Roybal was always upbeat at the gym where he worked in Colorado.

AR000817

https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.

"Chris had that attraction power," he said. "He had that ability to make people want to hang around him and his smile was infectious. He had just great energy, full of enthusiasm for life, and really had a purpose."

Read more about Chris Roybal (/story/news/nation/2017/10/05/navy-vet-las-vegas-victim-christopher-roybal-survived-combat-tour-afghanistan /734081001/).

## Brett Schwanbeck



Brett Schwanbeck, 61, of Bullhead City, Ariz., was among the victims of the Las Vegas shooting on Oct. 1, 2017. *(Photo: Facebook)*

**Age:** 61

**City:** Bullhead City, Ariz.

Schwanbeck, a retired truck driver and grandfather (/story/news/local/arizona/2017/10/06/brett-schwanbeck-bullhead-city-arizona-las-vegas-shooting-victim/737779001/), was remembered by relatives this week as an avid outdoorsman always willing to help a family member in need.

His fiancee, Anna Orozco, hid in a dumpster until the gunfire stopped, niece Carla Van Hoosen reported on a GoFundMe page raising money for his immediate family.

Schwanbeck was carried by bystanders to an ambulance, and he was hospitalized at Sunrise Medical Center in Las Vegas. He died of his injuries Tuesday, according to his niece.

In addition to Orozco, Schwanbeck is survived by three children and five grandchildren.

Read more about Brett Schwanbeck (/story/news/local/arizona/2017/10/06/brett-schwanbeck-bullhead-city-arizona-las-vegas-shooting-victim /737779001/).

## Bailey Schweitzer

AR000818

       https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.



Bailey Schweitzer, 20-year-old Las Vegas shooting victim *(Photo: AP)*

**Age:** 20

**City:** Bakersfield, Calif.

Schweitzer was a former high-school cheerleader and a receptionist with a smile that could light up a room, her loved ones recalled.

Facebook photos show her hugging family, posing as a bridesmaid, throwing her pompoms in the air and goofing around at her family's race track, the Bakersfield Speedway in Bakersfield, Calif.

She was with her mom (/story/news/nation/2017/10/06/las-vegas-victim-bailey-schweitzer-20-had-helped-her-family-auto-racing-track/738304001/). Crissy Schweitzer, at the Route 91 Harvest Festival. She was most excited to hear Luke Combs play, co-worker Katelynn Cleveland told the Californiar During another set, when Cleveland's favorite song came on, Schweitzer called and broadcast it to her friend.

Read more about Bailey Schweitzer (/story/news/nation/2017/10/06/las-vegas-victim-bailey-schweitzer-20-had-helped-her-family-auto-racing-track/738304001/).

## Laura Shipp



Laura Shipp, left, is seen in a photo with her only son, Corey Shipp. Laura Shipp was a former Thousand Oaks resident who died in the Las Vegas shooting. *(Photo: COURTESY PHOTO)*

**Age:** 50

**City:** Las Vegas

Shipp moved to Las Vegas five years ago to be closer to her son, Corey, a 23-year-old Marine who she had raised on her own.

The two were separated for a moment (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullet among-victims-las-vegas-shooting/728167001/) during the concert when the shooting broke out. Her brother, Steve Shipp, rushed to Las Vegas and ran from hospital to hospital to find her. But they eventually got the call that she had died.

Steve Shipp was grieving, but was more concerned over Shipp's son, who is serving in a unit based in Las Vegas.

"He just lost the most important person in his life," he said. "She was his world and he was hers."

AR000819

Las Vegas shooting: Full victim list                    https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.

Read more about Laura Shipp (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullets-among-victims-las-vegas-shooting/728167001.

## Erick Silva



Erick Silva, 21, a security guard working at the Route 91 Harvest Festival, was among those killed Oct. 1, 2017, in the mass shooting in the Las Vegas. *(Photo: Courtesy Contemporary Services Corporation)*

**Age:** 21

**City:** Las Vegas

Erick Silva was working Jason Aldean's set at the Route 91 Harvest Festival as a security guard, right in front of the stage, inside a barricade. When th shooting started (/story/news/nation/2017/10/06/vegas-shooting-victim-erick-silva-security-guard-who-led-others-safety/737702001/), the 21-year-old helped concertgoers over the barricade so they could escape through a nearby exit.

Then he was shot.

Silva, a Las Vegas resident and three-year employee of Contemporary Services Corporation (CSC) Nevada, was the "epitome of integrity," according t CSC vice president Jay Purves.

"He was always the first one there and the last one to leave and went above and beyond what we ever asked of him," Purves said.

In an interview with KTNV (http://www.ktnv.com/news/erick-silva-remembered-as-a-hero-for-actions-during-vegas-mass-shooting), Silva's mother wept saying her son had "a bright future" and that she was still expecting him to walk into the room and say her name.

Read more about Erick Silva (/story/news/nation/2017/10/06/vegas-shooting-victim-erick-silva-security-guard-who-led-others-safety/737702001/).

## Susan Smith

**Age:** 53

**City:** Simi Valley, Calif.

Within hours of learning about the shooting, visitors started dropping off flowers outside Vista Elementary School, where Susan Smith was a popular office manager.

"She's the hub...really the heart of the school," said Jake Finch, a spokesperson for the Simi Valley Unified School District. "She had a great sense of

10/19/2018, 10:12 AM

AR000820



**Susan Smith, an office manager at Vista Elementary School in Simi Valley, Calif., was one of the victims of the shooting in Las Vegas on Oct. 1, 2017.** *(Photo: Courtesy of Simi Valley Unified School District)*

humor. She's patient and kind."

Smith, an ardent country music fan (/story/news/2017/10/02/simi-valley-school-officer-among-dead-las-vegas-concert/724233001/) who was married with two adult children, attended the music festival with two friends fror the school district. Lesley Prince, a father of a Vista Elementary student, added flowers to a growing memorial Smith.

"She was just such a sweet person," Prince said with tears welling in his eyes. "She's the one who told me my daughter was accepted here."

Read more about Susan Smith (/story/news/2017/10/02/simi-valley-school-officer-among-dead-las-vegas-conc /724233001/).

## Brennan Stewart



**Brennan Stewart, 30, of Las Vegas, was killed in Sunday's mass shooting.** *(Photo: Handout)*

**Age:** 30

**City:** Las Vegas

Friends and family of Stewart described him as (/story/news/nation/2017/10/04/brennan-stewart-singer-songwriter-among-dead-las-vegas-shooting /732308001/) a rowdy, fun-loving singer who was always the life of the party. But when the gunfire started, another side of Stewart came out.

"Brennan was the kind of guy who always put others before himself, including up to the moment he lost his life," read a family statement. "Brennan shielded his girlfriend and helped others to safety."

The amateur country-music songwriter has been the focus of a wide variety of tributes. Many people are rewatching his YouTube videos, including his rendition of "You Should Be Here" by Cole Swindell. Some are wearing cowboy boots in his honor. Others are planning a karaoke night to sing songs a collect donations for his large, extended family.

For the family of Stewart, who worked for a custom-home builder in Las Vegas, that focus on the music is a perfect way to honor him. "If country music ever disappeared, I feel like I would too," he once wrote.

Read more about Brennan Stewart (/story/news/nation/2017/10/04/brennan-stewart-singer-songwriter-among-dead-las-vegas-shooting/732308001/).

AR000821

## Derrick "Bo" Taylor



Lt. Derrick "Bo" Taylor, who commanded the state conservation camp near Camarillo, was among the fatalities from Sunday's Las Vegas shooting. *(Photo: COURTESY PHOTO)*

**Age:** 56

**City:** Oxnard, Calif.

The 29-year veteran (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullets-among-victims-l vegas-shooting/728167001/) of the Nevada Department of Corrections and Rehabilitation attended the concer with his girlfriend, Denise Cohen. By the time the chaos was over, both were dead.

Taylor was a lieutenant and the commander of the state's conservation center, which houses inmates who figh wildfires.

His supervisor, Capt. Timothy Ellis, called Taylor an "outstanding" officer. "He ran an absolutely great camp," Ellisa said.

Taylor was survived by two adult sons. He had been scheduled to return to work Tuesday, Ellis said.

Read more about Bo Taylor (/story/news/local/2017/10/03/camarillo-man-who-shielded-friend-bullets-among-victims-las-vegas-shooting/728167001/?hootPostID=ecabe72beeab6033f44ce493123c71dc).

## Neysa Tonks



Neysa Tonks, a single mother of three boys, was among the 58 victims of the Las Vegas shooter. *(Photo: Courtesy Technologent)*

**Age:** 46

**City:** Las Vegas

Tonks was a vivacious single mother of three (/story/news/nation/2017/10/05/single-mother-neysa-tonks-killed-las-vegas-shooting-told-kids-not-to-hate/736155001/) who relished life, her 14-year-old son recalled.

"She lived life like it was her last each day," Greysen Tonks told CNN. "And she didn't care what anybody thinks."

Technologent, the technology company for whom Tonks worked, established a GoFundMe page on behalf of Tonks' family and three boys, Kaden, Braxton and Greysen. On Thursday, it had raised nearly $189,000.

AR000822

She urged her friends and family to be positive, using the catchphrase "Don't be a hater," her mother Debbie Davis told CNN (http://www.cnn.com/vide /us/2017/10/04/las-vegas-shooting-victim-tonks-family-pkg-sidner.cnn/video/playlists/victims-and-heroes-of-las-vegas-massacre/).

"Even if you said you hated broccoli, she said, 'Don't be a hater,'" Davis said. "She was just a wonderful person with a huge light that we will not let be dimmed."

Read more about Neysa Tonks (/story/news/nation/2017/10/05/single-mother-neysa-tonks-killed-las-vegas-shooting-told-kids-not-to-hate/736155001/).

## Michelle Vo



Michelle Vo, of California, was killed in the mass shooting in Las Vegas on Oct. 1, 2017. *(Photo: New York Life)*

**Age:** 32

**City:** Los Angeles

Vo had an "independent, strong personality" and loved traveling the world, even traveling to Europe alone a few years ago, her brother-in-law Paul Warren said. The daughter of Vietnamese immigrants (/story/news/nation/2017/10/05/michelle-vo-las-vegas-shooting-victim/733803001/), she loved th U.S. and "took full advantage of the freedoms she was given."

As a successful and ambitious life-insurance agent, Vo had prepared plans for what should happen in the event of her own death.

"She had this fondness for beaches and she was very precise in saying, if she ever passed away, for her ashes to be spread on different beaches arou the world," Warren said. "That's where she wanted to be so that's what we will be doing."

Read more about Michelle Vo (/story/news/nation/2017/10/05/michelle-vo-las-vegas-shooting-victim/733803001/).

## Kurt von Tillow

**Age:** 55

**City:** Cameron Park, Calif.

Attending the Route 91 Harvest Festival in Las Vegas had become a tradition (/story/news/nation/2017/10/05/grandfather-killed-las-vegas-attending-family-reunion/733350001/) for the von Tillow family – this year Kurt attended with his wife, daughter, son-in-law, sister and niece. Only his son, who ha recently moved to Ohio for a new job, was missing.

AR000823

Las Vegas shooting: Full victim list                                    https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.



Kurt von Tillow, a victim of the
Las Vegas shooting on Oct. 1,
2017. *(Photo: Brent Hitchings)*

Von Tillow was known at his country club for his patriotism, often wearing a hat emblazoned with "U.S.A." and American flag-patterned shirt, and lavishly decorating his golf cart with flags on the Fourth of July. He loved go NASCAR, the Golden State Warriors and the San Francisco Giants, but more than anything he loved his famil

"He love, love, loved his grandkids," close friend and neighbor Brent Hitchings said. "They call him Paw Paw."

Read more about Kurt von Tillow (/story/news/nation/2017/10/05/grandfather-killed-las-vegas-attending-family reunion/733350001/).

## Bill Wolfe



Bill Wolfe Jr. and his wife Robyn were celebrating their 20th anniversary at a Jason Aldean concert. Wolfe died as a result of the mass shooting that occurred during th concert. *(Photo: Submitted)*

**Age:** 42

**City:** Shippensburg, Pa.

At first, Bill Wolfe was reported missing after he was separated from his wife in the chaotic aftermath of the shooting. His relatives flew to Las Vegas to find him, and the people of his hometown of Shippensburg, Penn., held a prayer vigil at a local sports stadium hoping they would get good news.

By Tuesday night, their worst fears (/story/news/crime/2017/10/03/shippensburg-man-fatal-victim-vegas-attack/726593001/) were realized.

The Shippensburg Police Department confirmed that Wolfe, a Pennsylvania Little League coach, was among the victims.

Wolfe's aunt Dora Wolfe said the outpouring of support from the community has helped the family deal with their loss.

"It's just so senseless," she said of the shooting. "Such a waste."

Read more about Bill Wolfe (/story/news/crime/2017/10/03/shippensburg-man-fatal-victim-vegas-attack/726593001/).

**Las Vegas shooting:** Complete coverage from the USA TODAY NETWORK (https://www.usatoday.com/topic/Las-Vegas-shooting/local)

*Contributing: Lily Altavena, Jason Pohl, Ryan Randazzo, Anne Ryman, Rebekah L. Sanders and Josh Susong, The Arizona Republic; Wendy Leung, Kathleen Wilson and Christian Martinez, Ventura County (Calif.) Star; Rosalie Murphy, The (Palm Springs, Calif.) Desert Sun; Bree Burkitt and David DeMille, The (St. George, Utah) Spectrum; April McCullum, Burlington (Vt.) Free Press; Karen Pilarski, Now News Group; Aaron Young and Mike Kiler The Des Moines Register; Becky Metrick and Jim Hook, Chambersburg Public Opinion; Bill Laitner, Detroit Free Press; Benjamin Spillman, Reno*

AR000824

Las Vegas shooting: Full victim list                    https://www.usatoday.com/story/news/nation/2017/10/06/here-all-victims.

*Gazette-Journal.*

Read or Share this story: https://usat.ly/2ksUCck

AR000825

http://www.slidefire.com:80/products/ar-platform    Go    DEC  FEB  MAR

127 captures                                              ◄ 08 ►
8 Dec 2013 - 8 Dec 2018                                 2015  2016  2017        ▼ About this capture

# AR15 BUMP FIRE STOCKS & PARTS

American designed and manufactured rifle butt stocks and accessories that are designed to equip an elite firearm setup on the AR-15 rifle platform

SAVE UP TO $50 ON SELECT BUMP FIRE STOCKS WITH FREE SHIPPING



AR15 BUMP FIRE
SSAR-15®MOD STOCK

$269.95

SHOP NOW

AR15 BUMP FIRE
SSAR-15®SBS STOCK

$149.95

SHOP NOW

AR15 BUMP FIRE
SSAR-15®OGR STOCK

$135.95

SHOP NOW

AR000826

Slide Fire® Bump Fire Stocks and Parts | AR15 Bump Fire Stocks & Parts | Slide Fire® F...   Page 2 of 3



SSAR-15® SBS
AR15 SBS RECOIL PAD
$12.95

HIGH STRENGTH CASE
AR-15 TACTICAL GUN CASE
$225.95

BUILT FOR THE AR PLATFORM
ALUMINUM INTERFACE BLOCK

PRECISELY ALIGNED
MIL SPEC BUFFER TUBE
$24.95

CASTLE LOCK WRENCH
SPANNER WRENCH
$10.95

MZB G-150
AR15 MUZZLE BRAKE
$39.95

AR000827

Slide Fire® Bump Fire Stocks and Parts | AR15 Bump Fire Stocks & Parts | Slide Fire® F... Page 3 of 3

http //www.slidefire.com:80/products/ar-platform  Go

RAIL PACKS

127 captures
8 Dec 2013 - 8 Dec 2018

DEC

◀ 08 ▶

2015 2016 2017      ▼ About this capture

THREADED TRIGGER PINS

$12 95

SHOP NOW

PS TRIGGER PINS

SHOP NOW

IMPROVES RELIABILITY

AR-15 TAKEDOWN PINS

$16 99

SHOP NOW

AR000828

Products - AR-15 | Slide Fire® - Superior Performance Gun Stocks          Page 1 of 5



http://www.slidefire.com 80/products/ar-platform          [Go]   JAN  FEB  MAR          
127 captures                                              ◄ 18 ►
                                                          2014  2015  2016      ▼ About this capture



                                        news    patent    login

                    PLATFORMS    GEAR    VIDEOS



## PRODUCTS AR-15







### SSAR-15: OGR

Reg: $299.95 The SSAR-15® OGR is designed
for use on all AR-15 rifles equipped with a
carbine style buffer tube. There are no
permanent modifications necessary to install the
SSAR-15® OGR

[MORE DETAILS]          $259.95

### AR-15 HAND GUARD

The Slide Fire® 2-piece Hand Guard is
designed with upper and lower heat shields for
maximum cooling

[MORE DETAILS]          $28.95

### AR-15 TACTICAL GUN
CASE

The Slidefire AR-15 Tactical Case is designed to
hold und protect an AR-15 style rifle up to 43
inches long in the most extreme conditions

[MORE DETAILS]          $225.95

AR000829

Products - AR-15 | Slide Fire® - Superior Performance Gun Stocks

Page 2 of 5



## SBS X15 PACKAGE

Now pick up an SSAR-15 SBS ($299.95) with an X-Products X-15 high capacity magazine ($245.00) for **$399.95!**

MORE DETAILS

$399.95

## SBS X15 ULTIMATE PACKAGE

Now pick up an SSAR-15 SBS ($299.95) with an X-Products X-15 high capacity magazine ($245.00) and 4 lb CMC Trigger ($179.95) for $475.95

MORE DETAILS

$475.95

## SSAR-15: SBS

Reg. **$299.95** The primary difference between the SSAR-15® SBS and the SSAR-15 OGR® is the design intent. In an effort to cater to varying consumer preferences, the SSAR-15® SBS is designed to resemble current combat rifle

MORE DETAILS

$259.95



## ALUMINUM INTERFACE BLOCK

Whether you need a high performance replacement or would simply like to have a couple of extras, the SSAR-15® Aluminum Interface Block has you covered

MORE DETAILS

$30.95



## SSAR-15 OGR: HYDRO

A complete Hydro dipped kit that includes the SSAR-15 OGR Hydro Dipped in a Ed Hardy Blue design. With magazine and Slide Fire hand guard. Available for a limited time.

MORE DETAILS

$369.95



## SSAR-15 SBS RECOIL PAD

The SSAR-15® SBS Recoil Pad not only offers a reduction in felt recoil, but also extends the length of pull by a half inch.

MORE DETAILS

$12.95

AR000830

Products - AR-15 | Slide Fire® - Superior Performance Gun Stocks          Page 3 of 5



## S.P.A.D.E.

The S.P.A.D.E. is a lower receiver end plate designed for use on the AR-15 platform. Compatible with all stocks, the S.P.A.D.E. provides an attachment point for single point straps.

[MORE DETAILS]                    $19.95

## 4.5 LB CURVED TRIGGER

Reg: $179.95 The 4.5lb Pull Trigger Group has a curved, single stage action trigger that is a totally self-contained, one piece assembly. This revolutionary design will give you superior trigger performance and that installs in minutes.

[MORE DETAILS]                    $149.95

## RAIL PACKS

These rail sections are designed as a continuous Mil-Spec Picatinny Rail compatible with most AR accessories.

[MORE DETAILS]                    $18.95







## THREADED TRIGGER PINS

The Slide Fire® Threaded Trigger Pins are designed for the AR-15 and AR-10 and improves mechanical reliability.

[MORE DETAILS]                    $12.95

## E-CLIPS TRIGGER PINS

The Slide Fire® Eclips Trigger Pins are designed for the AR-15, AR-10, and M4®/15.22®. These replace the standard trigger pins and improves mechanical reliability.

[MORE DETAILS]                    $8.95

## SPANNER WRENCH

The Slide Fire® Spanner Wrench is designed for easy installation and removal of the castle lock nut found on the AR Platform Rifles.

[MORE DETAILS]                    $10.95

AR000831

Products - AR-15 | Slide Fire® - Superior Performance Gun Stocks



http://www.slidefire.com:80/products/ar-platform    Go    JAN FEB MAR    ◀ 18 ▶    2014 2015 2016

127 captures

## AR-15 TAKEDOWN PINS

After worrying about scratching your receiver finish with punches or screwdrivers by installing the less easy pull take down pins. Perfect for ease of cleaning or changing out multiple uppers, our takedown pins are designed with an

**MORE DETAILS**      $16.99

## MZB R-600

The Slide Fire® R-600 Muzzle Brake offers blast direction with a sleek, streamlined look. Its forward facing gas ports direct both gas and sound downrange and away from the shooter and bystanders.

**MORE DETAILS**      $39.95

## SSAR-15 CONVERSION KIT

The SSAR-15N Conversion kit contains all the parts and tools necessary to convert an AR-15 with an A2 fixed stock to a six position buffer extension compatible with the SSAR-15N.

**MORE DETAILS**      $59.95



## MIL SPEC BUFFER TUBE

Works on the AR Platform. Our Mil-Spec Buffer Tube is consistently machined along the horizontal axis and has been threaded so that when installed, the buffer tube is precisely aligned with the lower receiver.

**MORE DETAILS**      $24.95

| COMPANY | MEDIA | EMAIL UPDATES |
| --- | --- | --- |
| About Us | Videos | Get Slide Fire® Updates |
| Product Catalog | Product Patents | email address |
| Legal Information | Slide Fire® Images | |
| Warranty Information | BATFE Approval Letter | |

AR000832

Products - AR-15 | Slide Fire® - Superior Performance Gun Stocks

Copyright 2015 Slide Fire®. All Rights Reserved.

AR000833

http://www.slidefire.com/products/ar-platform   Go   DEC JAN APR

◄ 28 ►

127 captures
8 Dec 2013 - 8 Dec 2018   2015 2017 2018   ▾ About this capture

# AR15 BUMP FIRE STOCKS

American manufactured bump fire stocks and rifle components that were designed and developed to equip our patented bump fire setup on the AR-15 rifle platform.

FREE SHIPPING: GET FREE GROUND SHIPPING ON ALL U.S. ORDERS! *RIFLES EXCLUDED*



BUILT FOR THE AR PLATFORM

SBS X15 STANDARD KIT

$299.95

SHOP NOW



SSAR-15® SBS & X-15 DRUM

SBS X15 SKELETON KIT

$399.95

SHOP NOW



BUILT FOR THE AR PLATFORM

SBS X15 ULTIMATE KIT

$425.95

SHOP NOW

AR000834



https://web.archive.org/web/20170128085532/http://www.slidefire.com/products/ar-platf... 12/20/2018

AR000835



AR000836

Bump Fire Systems – Texas, United States                                    Page 1 of 3



http://bumpfiresystems.com/    Go    NOV  FEB  APR
**150 captures**                      ◀  **14** ▶
2 Mar 2014 - 23 Oct 2018              2016  2017  2018    ▼ About this capture



**BUMPFIRE SYSTEMS**

Menu

# What is Bump Fire?

Did you know that you can do simulated full-auto firing and it is absolutely legal? Bump Fire Systems is here to introduce you to Bump Fire Stock, that allows you to recreate the feeling of automatic firing. You can use it with your semiautomatic weapon by gripping the fore-end of the barrel and pulling it forward. Bump Fire uses a gun's recoil to shoot multiple rounds.



Bump Fire Systems AR15 Stock

# Why is it Legal?                                    0

Search Products◊

AR000837

Bump Fire Systems – Texas, United States

Page 2 of 3



http://bumpfiresystems legal because it is incapable of initiating an automatic firing
150 cycle that continues until either the finger is released or the ammunition is
exhausted. Firearms Technology Branch (FTB) finds that the product is not a
machine gun as defined under the Gun Control Act, 18 U.S.C.921(a)(23) You can
find complete ATF approval here.

Bump Fire Stock for AK 47 / 74 platform

**Cart**

**Products**

AK47 Bump Fire Stock
$99.95–$99.99

AR15 Bump Fire Stock
$99.99

0

Search Products



AR000838

Bump Fire Systems – Texas, United States

Page 3 of 3

| http://bumpfiresystems.com/ | Go | NOV FEB APR |
|---|---|---|

150 captures
2 Mar 2014 – 23 Oct 2018

◀ **14** ▶

2016  2017  2018

▾ About this capture

© Bump Fire Systems 2017

Bump Fire Systems products are licensed by Slide Fire® Solutions, Inc.   **Terms and Conditions   Privacy Policy**

0

Search Products�

AR000839



http://bumpfiresystems.com/

GO

JAN FEB MAR

◀ 19 ▶

2014 2016 2017

150 captures
2 Mar 2014 - 23 Oct 2018

About this capture

Navigation

# What is Bump Fire?

Did you know that you can do full-auto firing and it is absolutely legal? Bump Fire Systems is here to introduce you to Bump Fire Stock, that allows you to recreate the feeling of automatic firing. You can use it with your semiautomatic weapon by gripping the fore-end of the barrel and pulling it forward. Bump Fire uses a gun's recoil to shoot multiple rounds.

## Why is it Legal?

BUMP FIRE SYSTEMS

Bump Fire Systems is legal because it is incapable of initiating an automatic firing cycle that continues until either the finger is released or the ammunition is exhausted. Firearms Technology Branch (FTB) finds that the product is not a machine gun as defined under the Gun Control Act, 18 U.S.C.921(a)(23). You can find complete ATF approval here.

McAfee SECURE Website

BUY NOW

AR15 BLK
$149.99 $99.99



AR000841

BUMP FIRE SYSTEMS

http://bumpfiresystems.com/

GO

JAN  FEB  MAR

◄ 19 ►

2014  2016  2017

150 captures

AR15 FDE
2 ~~$149.99~~ $99.99



AR15 PNK
~~$149.99~~ $99.99



AR15 OD
~~$149.99~~ $99.99



AK-47/74 BLK
~~$149.99~~ $99.99



AK47/74 Zastava
~~$149.99~~ $99.99



S&W; M&P15-22;
~~$149.99~~ $99.99



Saiga 12
~~$149.99~~ $99.99

AR000842



SKS http://bumpfiresystems.com/
$149.99 $99.99
150 captures
2 Mar 2014 - 23 Oct 2018

JAN FEB MAR
◀ 19 ▶
2014 2016 2017



Saiga 12 Shotguns
$149.99 $99.99

Your Cart

Join Our Newsletter

Email Address: Your email address      SUBSCRIBE

Announcement!

We have new stocks available now!

AK47 AMD65

We Have Saiga 12

We Have S&W; M&P15-22;

Order Today!

ATF Approved

AR000843



Privacy Policy   Terms and Conditions
© 2016 BUMP FIRE SYSTEMS. All Rights Reserved.

AR000844



(/)

HOME (/)    SEARCH    SUBSCRIBE
INSTAGRAM (HTTP://INSTAGRAM.COM/EVERYDAYNODAYSOFF)
TWITTER (HTTPS://TWITTER.COM/GUNBLOG)
FACEBOOK (HTTPS://WWW.FACEBOOK.COM/GUNBLOG)
CONTACT (/CONTACT/)



(http://www.ENDOapparel.com)

(http://www.ENDOtactical.com)

AR000845



(http://www.ENDOapparel.com)



(http://www.ENDOtactical.com)

  
   

(http://www.ENDOapparel.com)

---

# SHOESTRING MACHINE GUN

**In September 2004 the ATF decided that a 14 inch long shoestring was considered a machine gun:**

AR000846



(https://www.everydaynodaysoff.com/wp-content/uploads/2010/01/shoestring-machinegun.jpg)

**Here is an official letter stating the facts:**

AR000847



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

SEP **8 0** 2004



903050:RDC
3311/2004-379

www.atf.gov

Mr. Brian A. Blakely

Dear Mr. Blakely:

This refers to your letter of February 6, 2004, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB), in which you inquired about the legality of a small section of string intended for use as a means for increasing the cycling rate of a semiautomatic rifle.

As you may be aware, the National Firearms Act, 26 U.S.C. § 5845(b), defines "machinegun" to include the following:

…any weapon that shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. This term shall also include the frame or receiver of any such weapon, **any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun,** and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person [bolding added].

In 1996, FTB examined and classified a 14-inch long shoestring with a loop at each end. The string was attached to the cocking handle of a semiautomatic rifle and was looped around the trigger and attached to the shooter's finger. The device caused the weapon to fire repeatedly until finger pressure was released from the string. Because this item was designed and intended to convert a semiautomatic rifle into a machinegun, FTB determined that it was a **machinegun** as defined in 26 U.S.C. 5845(b).

We thank you for your inquiry, regret the delay in response, and trust the foregoing has been responsive.

Sincerely yours,

Sterling Nixon
Chief, Firearms Technology Branch

(https://www.everydaynodaysoff.com/wp-content/uploads/2010/01/ATF-shoestring-machine-gun-2004.jpg)

AR000848

**In 2007 the ATF decided the shoestring alone was not a machine gun. It was only considered one when added to a semi automatic rifle in order to increase its rate of fire:**



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, WV   25401   903050:JPV
www.atf.gov                3311/2007-615

**JUN 2 5 2007**

Mr. Brian A. Blakely

Dear Mr. Blakely:

On February 6, 2004 you wrote to the Firearms Technology Branch (FTB) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) inquiring about the legality of a small section of string intended for use as a means for increasing the cycling rate of a semiautomatic rifle. We responded on September 30, 2004. In that letter we stated:

> In 1996, FTB examined and classified a 14-inch long shoestring with a loop at each end. The string was attached to the cocking handle of a semiautomatic rifle and was looped around the trigger and attached to the shooter's finger. The device caused the weapon to fire repeatedly until finger pressure was released from the string. Because this item was designed and intended to convert a semiautomatic rifle into a machinegun, FTB determined that it was a **machinegun** as defined in 26 U.S.C. 5845(b). (Emphasis in original).

Upon further review, we have determined that the string by itself is not a machinegun, whether or not there are loops tied on the ends. However, when the string is added to a semiautomatic firearm as you proposed in order to increase the cycling rate of that rifle, the result is a firearm that fires automatically and consequently would be classified as a machinegun. To the extent that prior ATF classification letters are inconsistent with this letter, they are hereby overruled.

We hope that this clarifies our position. Should you have any questions, please do not hesitate to contact us.

Sincerely,

Richard Vasquez
Acting Chief, Firearms Technology Branch

AR000849

(https://www.everydaynodaysoff.com/wp-content/uploads/2010/01/ATF-shoestring-machine-gun-2007.jpg)

**Thank god they reversed their 2004 ruling.  It would have been pretty difficult to prosecute the entire shoe wearing population of the United States for constructive possession of a machine gun.** :lol:

The first picture in this post is allegedly a "registered" shoe string, that the owner paid to be able to use legally.  That metallic tag apparently has a serial # on it.

## This raises a couple of questions in my mind…

1. Why is the ATF so specific of the type of string used?
2. Why is the ATF so specific with the length of the shoestring?

I wonder what would happen if someone was caught using a 13 inch piece of fishing line?  I suppose since it still would increase the rate of fire, it would be deemed a machine gun no matter what type of string or length.

Posted by: ENDO-Mike January 25, 2010

Categories: Guns (https://www.everydaynodaysoff.com/category/guns/)

Tags: ATF (https://www.everydaynodaysoff.com/tag/atf/) , gun (https://www.everydaynodaysoff.com/tag/gun/) , letter (https://www.everydaynodaysoff.com/tag/letter/) , machine (https://www.everydaynodaysoff.com/tag/machine/) , ruling (https://www.everydaynodaysoff.com/tag/ruling/) , shoe (https://www.everydaynodaysoff.com/tag/shoe/) , shoestring (https://www.everydaynodaysoff.com/tag/shoestring/) , string (https://www.everydaynodaysoff.com/tag/string/)

AR000850