IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2-19-cv-00037-JNP-CMR<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

## (Proposed) Order

Plaintiff having filed a motion for summary judgment, it is hereby ordered that the motion is GRANTED. The Court hereby:

- Grants declaratory relief, declaring that the challenged rule adopted by Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives —ATF, *Bump-Stock-Type Devices*, 83 Fed. Reg. 66,514 (Dec. 26, 2018) (the "Final Rule")—is contrary to law and thus unenforceable;

- Permanently enjoins Defendants from enforcing the Final Rule against Plaintiff and all persons similarly situated to Plaintiff residing within this District; and

- Orders Defendants to return to Plaintiff the bump stock, "Slide Fire SSAK-47 XRS," that they confiscated from him in March 2019.

DATED: _____

_____
Jill N. Parrish
United States District Judge