IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Acting Attorney General of the United States, et al.<br><br>    Defendants. | Case No. 2:19-cv-00037-JNP<br><br><br>District Judge Jill N. Parrish |

### [PROPOSED] ORDER

Upon consideration of defendants' motion for an extension of time, and upon due deliberation, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that defendants shall file a combined response to Plaintiff's motion for summary judgment and cross-motion on or before February 13, 2023; and it is further

ORDERED that Plaintiff shall file a response and reply on March 6, 2023; and defendants shall file their reply on March 27, 2023.

SO ORDERED

Dated: _____, 2023        _____
                                  UNITED STATES DISTRICT JUDGE