IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00037-JNP<br><br><br><br>District Judge Jill N. Parrish |

## [PROPOSED] ORDER

Upon consideration of the parties' cross-motions for summary judgment, and upon due deliberation, it is hereby

ORDERED that Plaintiff's motion for summary judgment is denied; and it is further

ORDERED that Defendants' motion for summary judgment is granted; and it is further

ORDERED that judgment is entered for Defendants.

SO ORDERED.

Dated: _____, 2023         _____
                                   UNITED STATES DISTRICT JUDGE