IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Acting Attorney General of the United States, et al.<br><br>    Defendants. | Case No. 2:19-cv-00037-JNP<br><br><br>District Judge Jill N. Parrish |

### [PROPOSED] ORDER

Upon consideration of defendants' motion to continue the oral argument, and upon due deliberation, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the oral argument in this case is continued until _____.

SO ORDERED

Dated: _____, 2023          _____
                                    UNITED STATES DISTRICT JUDGE