IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>　　PLAINTIFF,<br><br>V.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>　　DEFENDANTS. | **ORDER DENYING DEFENDANTS' MOTION TO RESCHEDULE ARGUMENT**<br><br>Case No. 2:19-cv-00037-JNP-CMR<br><br>District Judge Jill N. Parrish |

On August 29, 2023, this court scheduled oral argument on the parties' cross-motions for summary judgment, ECF Nos. 61, 64, to be held on September 28, 2023. *See* ECF No. 67. On September 21, 2023, Defendants moved the court to reschedule the hearing pending the resolution of petitions for certiorari in two out-of-circuit matters, *Garland v. Cargill*, No. 22-976, and *Guedes, et al., v. ATF*, No. 22-1222. Defendant represents that Plaintiff's counsel, on the other hand, does not seek continuance of the hearing. *See* ECF No. 68. Having considered Defendants' motion, and upon review of the relevant petitions for certiorari and the questions presented therein, the court hereby **DENIES** Defendants' motion. Defendants may, however, briefly present argument at the upcoming hearing as to why this court should delay resolution of the cross-motions pending further action by the Supreme Court.

DATED September 22, 2023.

                                                BY THE COURT

                                                _____
                                                Jill N. Parrish
                                                United States District Court Judge