IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 2:19-cv-00037-JNP-CMR<br><br>District Judge Jill N. Parrish |

**IT IS HEREBY ORDERED AND ADJUDGED** that summary judgment is entered in favor of Defendants Merrick Garland *et al.* and against Plaintiff W. Clark Aposhian.

DATED September 29, 2023.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge