IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>    Defendants. | **JUDGMENT**<br><br>Case No. 2:19-cv-00037-JNP-CMR<br><br>District Judge Jill N. Parrish |

   IT IS ORDERED AND ADJUDGED that summary judgment is entered in favor of Plaintiff W. Clark Aposhian and against Defendants Merrick Garland and others. The court hereby ORDERS as follows:

   1. Defendants are hereby PERMANENTLY ENJOINED from enforcing the regulation of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Bump-Stock-Type Devices, 83 Fed. Reg. 66,514 (Dec. 26, 2018) ("Final Rule") against Plaintiff;

   2. Pursuant to its authority under 5 U.S.C. § 706(2), the court "hold[s] unlawful and set[s] aside" the Final Rule and its enforcement within the jurisdiction of the United States District Court for the District of Utah; and

   3. Defendants shall return to Plaintiff the bump stock they confiscated from him in March 2019.

DATED August 13, 2024.

BY THE COURT

_____

Jill N. Parrish  
United States District Court Judge